**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SKAGIT COUNTY DIKE DRAINAGE AND IRRIGATION IMPROVEMENT DISTRICT NO 12, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; et al., <br><br> Defendants - Appellees, <br><br> ------------------------------------- <br><br> SWINOMISH INDIAN TRIBAL COMMUNITY, <br><br> Intervenor - Pending. | No. 25-3757 <br><br> D.C. No. 2:23-cv-01954-BAT <br> Western District of Washington, Seattle <br><br> ORDER |

Before: SUNG and H.A. THOMAS, Circuit Judges.

The motion (Docket Entry No. 7) to intervene as an appellee is granted. *See Bates v. Jones*, 127 F.3d 870, 873 (9th Cir. 1997) (discussing intervention on appeal).

Intervenor's answering brief is due 30 days after the date the opening brief is filed.

The existing briefing schedule remains otherwise in effect.