No. 25-3757

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SKAGIT COUNTY DIKE, DRAINAGE AND IRRIGATION IMPROVEMENT DISTRICT NO. 12,

*Plaintiff-Appellant*,

v.

NATIONAL MARINE FISHERIES SERVICE, et al.,

*Defendant-Appellees*.

On Appeal from the United States District Court for the Western District of Washington, No. 2:23-cv-01954-BAT
Hon. Brian A. Tsuchida

**APPELLANT'S EXCERPTS OF THE RECORD
VOLUME 5 of 5 – PAGES 935–947**

Charlene Koski
Jenna R. Mandell-Rice
VAN NESS FELDMAN LLP
1191 Second Avenue, Suite 1800
Seattle, WA 98101
(206) 623-9372
cbk@vnf.com
jrm@vnf.com

*Attorneys for Appellant*

# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Western Washington

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:23-cv-01954-BAT

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/19/2023

Date of judgment or order you are appealing: 4/28/2025

Docket entry number of judgment or order you are appealing: 64

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Skagit County Dike, Drainage and Irrigation Improvement District No. 12

Is this a cross-appeal?  ☐ Yes  ☒ No

If yes, what is the first appeal case number? NA

Was there a previous appeal in this case?  ☐ Yes  ☒ No

If yes, what is the prior appeal case number? NA

Your mailing address (if pro se):

NA

City: _____   State: _____   Zip Code: _____

Prisoner Inmate or A Number (if applicable): NA

**Signature** s/Jenna R. Mandell-Rice   **Date** June 13, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                     Rev. 06/09/2022

ER-936

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Skagit County Dike, Drainage and Irrigation Improvement District No. 12

Name(s) of counsel (if any):
Jenna Mandell-Rice, Sophia E. Amberson, Tyson C. Kade, Charlene B. Koski

Address: 1191 2nd Ave., Suite 1800, Seattle, WA 98101
Telephone number(s): (206) 623-9372
Email(s): jrm@vnf.com, samberson@vnf.com, tck@vnf.com, cbk@vnf.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
National Marine Fisheries Service, Department of Commerce, Howard Lutnick, Emily Menashes

Name(s) of counsel (if any):
Adam R.F. Gustafson, S. Jay Govindan, Bridget K. McNeil, Rickey D. Turner, Jr.

Address: 999 18th St., South Terrace, Suite 370, Denver, CO 80202
Telephone number(s): (303) 844-1373
Email(s): rickey.turner@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                               1                          New 12/01/2018

ER-937

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                         New 12/01/2018

ER-938

CLOSED,APPEAL,CONSENT

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:23-cv-01954-BAT

Skagit County Dike Drainage and Irrigation Improvement District No 12 v. National Marine Fisheries Service et al
Assigned to: Hon. Brian A Tsuchida
Case in other court: 9th Circuit Court of Appeals, 25-03757
Cause: 05:702 Administrative Procedure Act

Date Filed: 12/19/2023
Date Terminated: 06/09/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

| | | |
|---|---|---|
| **Skagit County Dike Drainage and Irrigation Improvement District No 12** | represented by | **Sophia Elizabeth Amberson**<br>VAN NESS FELDMAN LLP (WA)<br>1191 SECOND AVE STE 1800<br>SEATTLE, WA 98101<br>206-623-9372<br>Email: samberson@vnf.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Charlene Koski**<br>VAN NESS FELDMAN LLP (WA)<br>1191 SECOND AVE STE 1800<br>SEATTLE, WA 98101<br>206-623-9372<br>Email: ckoski@vnf.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Tyson Clinton Kade**<br>VAN NESS FELDMAN LLP (DC)<br>2000 PENNSYLVANIA AVE NW STE 6000<br>WASHINGTON, DC 20006<br>202-298-1948<br>Email: tck@vnf.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jenna Rose Mandell-Rice**<br>VAN NESS FELDMAN LLP (WA)<br>1191 SECOND AVE STE 1800<br>SEATTLE, WA 98101<br>206-623-9372<br>Email: jrm@vnf.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

ER-939

| | | |
|---|---|---|
| **National Marine Fisheries Service** | represented by | **Rickey Doyle Turner , Jr.**<br>US DEPARTMENT OF JUSTICE (ENRD - 18TH ST DENVER)<br>999 18TH ST<br>NORTH TERRACE<br>STE 600<br>DENVER, CO 80202<br>303-844-1361<br>Email: rickey.turner@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Department of Commerce** | represented by | **Rickey Doyle Turner , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Gina Raimondo**<br>*in her official capacity as Secretary of Commerce* | represented by | **Rickey Doyle Turner , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Janet Coit**<br>*in her official capacity as the Assistant Administrator for NOAA Fisheries* | represented by | **Rickey Doyle Turner , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Pacific Northwest Waterways Association** | represented by | **Lindsay Marie Thane**<br>SCHWABE WILLIAMSON & WYATT (OR)<br>1211 SW FIFTH AVE<br>STE 1800<br>PORTLAND, OR 97204<br>503-796-2059<br>Email: lthane@schwabe.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawson E Fite**<br>SCHWABE WILLIAMSON & WYATT (OR)<br>1211 SW FIFTH AVE<br>STE 1800<br>PORTLAND, OR 97204<br>503-222-9981<br>Fax: 503-796-2900<br>Email: lfite@schwabe.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Rosalyn DiLillo Knock**<br>SCHWABE WILLIAMSON & WYATT (SEA)<br>1420 5TH AVE |

        STE 3400  
        SEATTLE, WA 98101-2339  
        206-407-1579  
        Email: rdililloknock@schwabe.com  
        *ATTORNEY TO BE NOTICED*

**Amicus**

**Family Farm Alliance**

**Amicus**

**Washington State Water Resources Association**

**Amicus**

**Idaho Water Users Association**

**Amicus**

**National Water Resources Association**

**Amicus**

**Oregon Water Resources Congress**

**Amicus**

**Swinomish Indian Tribal Community**     represented by     **Janette K. Brimmer**  
        EARTHJUSTICE (WA)  
        810 THIRD AVE STE 610  
        SEATTLE, WA 98104-1711  
        206-343-7340  
        Fax: 206-343-1526  
        Email: jbrimmer@earthjustice.org  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

        **Noelia Gravotta**  
        EARTHJUSTICE (WA)  
        810 THIRD AVE STE 610  
        SEATTLE, WA 98104-1711  
        206-343-7340  
        Email: ngravotta@earthjustice.org  
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2025 | 73 | TIME SCHEDULE ORDER/USCA CASE NUMBER (25-3757) as to 72 Notice of Appeal, filed by Skagit County Dike Drainage and Irrigation Improvement District No 12. (RE) (Entered: 06/17/2025) |
| 06/13/2025 | 72 | NOTICE OF APPEAL to Ninth Circuit (25-3757) re 64 Order on Motion for Summary Judgment, Order on Cross Motion by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12. $605, receipt number AWAWDC-9026823 (cc: USCA) (Mandell-Rice, Jenna) Modified on 6/17/2025 to add CCA#. (RE). (Entered: 06/13/2025) |

| | | |
|---|---|---|
| 06/09/2025 | 71 | JUDGMENT BY COURT: Summary Judgment in favor of Defendants has been entered, Dkt. 64 , and the case is accordingly dismissed. (AQ) (Entered: 06/09/2025) |
| 05/29/2025 | 70 | ORDER on Joint Status Report and Third Stipulation to Stay Motion for Attorney Fees and Costs by Hon. Brian A Tsuchida. (SNP) (Entered: 05/29/2025) |
| 05/28/2025 | 69 | JOINT STATUS REPORT signed by all parties. (Mandell-Rice, Jenna) (Entered: 05/28/2025) |
| 05/01/2025 | 68 | NOTICE of Appearance by attorney Lindsay Marie Thane on behalf of Amicus Pacific Northwest Waterways Association. (Thane, Lindsay) (Entered: 05/01/2025) |
| 05/01/2025 | 67 | NOTICE of Appearance by attorney Noelia Gravotta on behalf of Amicus Swinomish Indian Tribal Community. (Gravotta, Noelia) (Entered: 05/01/2025) |
| 05/01/2025 | 66 | NOTICE of Appearance by attorney Janette K. Brimmer on behalf of Amicus Swinomish Indian Tribal Community. (Brimmer, Janette) (Entered: 05/01/2025) |
| 04/30/2025 | 65 | **Notice of Filing Deficiency** re 43 MOTION for Leave to File *Amicus Brief by Pacific Northwest Waterways Association*, 48 MOTION for Leave to File *Amicus Curiae Brief of Swinomish Indian Tribal Community*, 54 MOTION for Leave to File *Amicus Curiae Brief*. ***Action Required***<br>Compliance with LCR 83.2 - Attorney Appearance and Withdrawal.<br>See attached letter for more information and instructions. (AQ) (Entered: 04/30/2025) |
| 04/28/2025 | 64 | ORDER signed by Hon. Brian A Tsuchida. The Court DENIES District 12's 40 Motion for Summary Judgment and GRANTS NMFS's 51 Motion for Summary Judgment. (SNP) (Entered: 04/28/2025) |
| 03/14/2025 | 63 | RESPONSE by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12 re 56 Brief *Swinomish Indian Tribal Community's Amicus Curiae Brief* (Mandell-Rice, Jenna) (Entered: 03/14/2025) |
| 03/13/2025 | 62 | RESPONSE by All Defendants re 44 Brief, (Turner, Rickey) (Entered: 03/13/2025) |
| 03/05/2025 | 61 | SURREPLY filed by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12 re 47 CROSS MOTION AND RESPONSE re 39 MOTION for Summary Judgment *and Memorandum in Support re 59 Defendants' REPLY in Support of Cross-Motion for Summary Judgment* (Mandell-Rice, Jenna) (Entered: 03/05/2025) |
| 03/04/2025 | 60 | NOTICE *OF INTENT TO FILE SURREPLY* re 59 Reply to Response to Motion ; filed by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12. (Mandell-Rice, Jenna) (Entered: 03/04/2025) |
| 02/28/2025 | 59 | REPLY, filed by All Defendants, TO RESPONSE to 47 CROSS MOTION AND RESPONSE re 39 MOTION for Summary Judgment *and Memorandum in Support* (Turner, Rickey) (Entered: 02/28/2025) |
| 02/24/2025 | 58 | ORDER REVISING SCHEDULE TO RESOLVE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT by Hon. Brian A Tsuchida. Plaintiff's Motion for Summary Judgment (Dkt. 39 ) and Defendant's Cross-Motion for Summary Judgment (Dkt. 47 ) are re-noted for March 14, 2025. Defendants' deadline to reply to Plaintiff's response shall remain February 28, 2025. Plaintiff and Defendants shall have until March 14, 2025, to file responses, if any, to amicus curiae briefs filed by the Pacific Northwest Waterways Association and the Swinomish Indian Tribal Community. (AQ) (Entered: 02/24/2025) |
| 02/24/2025 | 57 | ORDER DENYING MOTION TO FILE BRIEF AS AMICI CURIAE signed by Hon. Brian A Tsuchida, re 54 MOTION for Leave to File Amicus Curiae Brief. (AQ) (Entered: 02/24/2025) |

| | | |
|---|---|---|
| 02/24/2025 | 56 | AMICUS CURIAE BRIEF OF SWINOMISH INDIAN TRIBAL COMMUNITY IN SUPPORT OF DEFENDANTS' 47 CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S MOTION by Amicus Swinomish Indian Tribal Community. (AQ) (Entered: 02/24/2025) |
| 02/24/2025 | 55 | ORDER GRANTING MOTION OF SWINOMISH INDIAN TRIBAL COMMUNITY TO FILE BRIEF AS AMICI CURIAE signed by Hon. Brian A Tsuchida, re 48 MOTION for Leave to File Amicus Curiae Brief of Swinomish Indian Tribal Community. (AQ) (Entered: 02/24/2025) |
| 02/21/2025 | 54 | MOTION for Leave to File *Amicus Curiae Brief*, filed by Amicus Parties Family Farm Alliance, Washington State Water Resources Association, Idaho Water Users Association, National Water Resources Association, Oregon Water Resources Congress. (Attachments: # 1 Supplement Amicus Curiae Brief, # 2 Proposed Order Granting Motion for Leave to File Amicus Brief) Noting Date 2/21/2025, (Semanko, Norman) (Entered: 02/21/2025) |
| 02/14/2025 | 53 | RESPONSE, by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12, to 48 MOTION for Leave to File *Amicus Curiae Brief of Swinomish Indian Tribal Community*. (Mandell-Rice, Jenna) (Entered: 02/14/2025) |
| 02/14/2025 | 52 | RESPONSE, by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12, to 47 CROSS MOTION AND RESPONSE re 39 MOTION for Summary Judgment *and Memorandum in Support*, 39 MOTION for Summary Judgment *and Memorandum in Support*. (Mandell-Rice, Jenna) (Entered: 02/14/2025) |
| 02/07/2025 | 51 | PRAECIPE to attach document re 47 CROSS MOTION AND RESPONSE re 39 MOTION for Summary Judgment *and Memorandum in Support* by All Defendants (Attachments: # 1 Cross-Motion for Summary Judgment and Memorandum in Support - CORRECTED)(Turner, Rickey) (Entered: 02/07/2025) |
| 02/03/2025 | 50 | ERRATA re 48 MOTION for Leave to File *Amicus Curiae Brief of Swinomish Indian Tribal Community* by Intervenor Swinomish Indian Tribal Community (Attachments: # 1 Corrected Proposed Order)(Brimmer, Janette) (Entered: 02/03/2025) |
| 01/31/2025 | 49 | DECLARATION of Steve Edwards filed by Intervenor Swinomish Indian Tribal Community re 48 MOTION for Leave to File *Amicus Curiae Brief of Swinomish Indian Tribal Community* (Brimmer, Janette) (Entered: 01/31/2025) |
| 01/31/2025 | 48 | MOTION for Leave to File *Amicus Curiae Brief of Swinomish Indian Tribal Community*, filed by Intervenor Swinomish Indian Tribal Community. (Attachments: # 1 Amicus Curiae Brief of Swinomish Indian Tribal Community, # 2 Proposed Order) Noting Date 2/21/2025, (Brimmer, Janette) (Entered: 01/31/2025) |
| 01/24/2025 | 47 | CROSS MOTION AND RESPONSE re 39 MOTION for Summary Judgment *and Memorandum in Support*, filed by All Defendants. Noting Date 2/28/2025, (Turner, Rickey) (Entered: 01/24/2025) |
| 01/13/2025 | 46 | ORDER GRANTING MOTION OF PACIFIC NORTHWEST WATERWAYS ASSOCIATION TO FILE BRIEF AS AMICI CURIAE signed by Hon. Brian A Tsuchida, re 43 MOTION for Leave to File Amicus Brief. (AQ) (Entered: 01/13/2025) |
| 12/20/2024 | 45 | DECLARATION of NEIL MAUNU IN SUPPORT OF AMICUS CURIAE BRIEF OF THE PACIFIC NORTHWEST WATERWAYS ASSOCIATION IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY JUDGMENT filed by Amicus Schwabe, Williamson & Wyatt, P.C. re 43 MOTION for Leave to File *Amicus Brief by Pacific Northwest Waterways Association*, 39 MOTION for Summary Judgment *and Memorandum in Support* (Thane, Lindsay) (Entered: 12/20/2024) |

| 12/20/2024 | 44 | *AMICUS CURIAE BRIEF OF THE PACIFIC NORTHWEST WATERWAYS ASSOCIATION* BRIEF re 39 MOTION for Summary Judgment *and Memorandum in Support OF PLAINTIFFS MOTION FOR SUMMARY JUDGMENT* by Amicus Schwabe, Williamson & Wyatt, P.C. (Thane, Lindsay) (Entered: 12/20/2024) |
|---|---|---|
| 12/20/2024 | 43 | MOTION for Leave to File *Amicus Brief by Pacific Northwest Waterways Association*, filed by Amicus Schwabe, Williamson & Wyatt, P.C.. (Attachments: # 1 Proposed Order) Noting Date 1/10/2025, (Thane, Lindsay) (Entered: 12/20/2024) |
| 12/19/2024 | 42 | ORDER DENYING SWINOMISH INDIAN TRIBAL COMMUNITY'S 36 MOTION TO INTERVENE signed by Hon. Brian A Tsuchida. (AQ) (Entered: 12/19/2024) |
| 12/17/2024 | 41 | REPLY, filed by All Defendants, TO RESPONSE to 36 MOTION to Intervene Attorney Janette K. Brimmer added to party Swinomish Indian Tribal Community(pty:intv) (Turner, Rickey) (Entered: 12/17/2024) |
| 12/16/2024 | 40 | PRAECIPE to attach document re 39 MOTION for Summary Judgment *and Memorandum in Support* by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12 (Attachments: # 1 Motion for Summary Judgment and Memorandum in Support - CORRECTED)(Mandell-Rice, Jenna) (Entered: 12/16/2024) |
| 12/13/2024 | 39 | MOTION for Summary Judgment *and Memorandum in Support*, filed by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 2/28/2025, (Mandell-Rice, Jenna) (Entered: 12/13/2024) |
| 12/06/2024 | 38 | RESPONSE, by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12, to 36 MOTION to Intervene Attorney Janette K. Brimmer added to party Swinomish Indian Tribal Community(pty:intv). (Mandell-Rice, Jenna) (Entered: 12/06/2024) |
| 11/21/2024 | 37 | DECLARATION of Steve Edwards filed by Intervenor Swinomish Indian Tribal Community re 36 MOTION to Intervene Attorney Janette K. Brimmer added to party Swinomish Indian Tribal Community(pty:intv) (Brimmer, Janette) (Entered: 11/21/2024) |
| 11/21/2024 | 36 | MOTION to Intervene Attorney Janette K. Brimmer added to party Swinomish Indian Tribal Community(pty:intv), filed by Intervenor Swinomish Indian Tribal Community. (Attachments: # 1 Proposed Answer, # 2 Proposed Order) Noting Date 12/13/2024, (Brimmer, Janette) (Entered: 11/21/2024) |
| 11/15/2024 | 35 | RECEIPT of USB drive containing a copy of NMFS's Administrative Record, re 34 NOTICE Of Filing The Revised Administrative Record. (Placed in expando folder, stored on the physical filing shelf in the Seattle Clerk's Office.) (AQ) (Entered: 11/18/2024) |
| 11/15/2024 | 34 | NOTICE *Of Filing The Revised Administrative Record* ; filed by All Defendants. (Attachments: # 1 Exhibit Kratz Certification, # 2 Exhibit Revised Administrative Record Index)(Turner, Rickey) (Entered: 11/15/2024) |
| 11/08/2024 | 33 | ORDER granting 32 Stipulated Motion REGARDING SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD signed by Hon. Brian A Tsuchida. (AQ) (Entered: 11/08/2024) |
| 11/08/2024 | 32 | Stipulated MOTION *REGARDING SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD*, filed by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12. Noting Date 11/8/2024, (Mandell-Rice, Jenna) (Entered: 11/08/2024) |
| 10/16/2024 | 31 | ORDER SETTING SCHEDULE TO RESOLVE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT by Hon. Brian A Tsuchida. (AQ) (Entered: 10/16/2024) |

**ER-944**

| | | |
|---|---|---|
| 10/02/2024 | 30 | JOINT STATUS REPORT signed by all parties. (Mandell-Rice, Jenna) (Entered: 10/02/2024) |
| 09/25/2024 | 29 | ORDER SETTING DEADLINE FOR FILING OF MOTION TO DISMISS by Hon. Brian A Tsuchida. Defendants are directed to file an appropriate motion challenging the claims set forth therein, no later than October 25, 2024. (AQ) (Entered: 09/25/2024) |
| 09/23/2024 | 28 | JOINT STATUS REPORT signed by all parties. (Mandell-Rice, Jenna) (Entered: 09/23/2024) |
| 09/18/2024 | 27 | ORDER DIRECTING PARTIES TO SUBMIT JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE by Hon. Brian A Tsuchida. Joint Status Report and proposed briefing schedule due by 10/2/2024. (TF) (Entered: 09/18/2024) |
| 08/30/2024 | | RECEIPT of one USB Drive re 25 Notice of Filing Administrative Record. (Placed in expando folder, stored on physical filing shelf in Seattle Clerk's Office) (KRA) (Entered: 08/30/2024) |
| 08/30/2024 | 26 | ANSWER to 23 Amended Complaint by Janet Coit, Department of Commerce, National Marine Fisheries Service, Gina Raimondo.(Turner, Rickey) (Entered: 08/30/2024) |
| 08/30/2024 | 25 | NOTICE *Of Filing The Administrative Record* ; filed by All Defendants. (Attachments: # 1 Exhibit Index of Administrative Record, # 2 Exhibit Certification of Administrative Record)(Turner, Rickey) (Entered: 08/30/2024) |
| 07/10/2024 | 24 | NOTICE of Appearance by attorney Tyson Clinton Kade on behalf of Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12. (Kade, Tyson) (Entered: 07/10/2024) |
| 07/02/2024 | 23 | FIRST AMENDED COMPLAINT FOR AFFIRMATIVE DECLARATORY RELIEF against All Defendants filed by Skagit County Dike Drainage and Irrigation Improvement District No 12. (Attachments: # 1 Exhibit A) (AQ) (Entered: 07/02/2024) |
| 07/02/2024 | 22 | ORDER granting 21 Stipulated MOTION *to Allow Plaintiff to File First Amended Complaint* signed by Hon. Brian A Tsuchida. (AQ) (Entered: 07/02/2024) |
| 07/01/2024 | 21 | Stipulated MOTION *to Allow Plaintiff to File First Amended Complaint*, filed by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12. (Attachments: # 1 Proposed Order, # 2 Exhibit A - First Amended Complaint, # 3 Exhibit B - Redline of First Amended Complaint) Noting Date 7/1/2024, (Mandell-Rice, Jenna) (Entered: 07/01/2024) |
| 06/20/2024 | 20 | ORDER granting 19 Second Stipulated MOTION *EXTENDING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS* signed by Hon. Brian A Tsuchida. The parties shall provide a joint status report to the Court by September 23, 2024. (AQ) (Entered: 06/20/2024) |
| 06/20/2024 | 19 | Second Stipulated MOTION *EXTENDING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS*, filed by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12. (Attachments: # 1 Proposed Order) Noting Date 6/20/2024, (Mandell-Rice, Jenna) (Entered: 06/20/2024) |
| 03/29/2024 | 18 | ORDER granting 17 Stipulated MOTION *to Extend the April 1, 2024 Deadline for a Final Biological Opinion* signed by Hon. Brian A Tsuchida. (AQ) (Entered: 03/29/2024) |
| 03/29/2024 | 17 | Stipulated MOTION *to Extend the April 1, 2024 Deadline for a Final Biological Opinion*, filed by All Defendants. (Attachments: # 1 Proposed Order) Noting Date 4/12/2024, (Turner, Rickey) (Entered: 03/29/2024) |

**ER-945**

| | | | |
|---|---|---|---|
| 03/21/2024 | 16 | | STIPULATION *EXTENDING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS* by parties (Mandell-Rice, Jenna) (Entered: 03/21/2024) |
| 03/08/2024 | 15 | | ORDER granting Plaintiff's 11 Motion for Preliminary Injunction signed by Hon. Brian A Tsuchida. The Court GRANTS District 12's request for a mandatory injunction (Dkt. 11-1) and ORDERS NMFS to complete formal consultation before April 1, 2024. Plaintiff's Docket 7 is stricken as moot. (AQ) (Entered: 03/08/2024) |
| 02/26/2024 | 14 | | ANSWER to 1 Complaint,, by Janet Coit, Department of Commerce, National Marine Fisheries Service, Gina Raimondo.(Turner, Rickey) (Entered: 02/26/2024) |
| 02/23/2024 | 13 | | REPLY, filed by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12, TO RESPONSE to 7 MOTION for Preliminary Injunction *Ordering Defendants to Complete ESA Consultation by April 1, 2024* (Attachments: # 1 Declaration of Jenna Friebel with Exhibits)(Mandell-Rice, Jenna) (Entered: 02/23/2024) |
| 02/20/2024 | 12 | | RESPONSE, by All Defendants, to 7 MOTION for Preliminary Injunction *Ordering Defendants to Complete ESA Consultation by April 1, 2024*. (Attachments: # 1 Exhibit Dr. Kim Kratz Declaration)(Turner, Rickey) (Entered: 02/20/2024) |
| 02/15/2024 | 11 | | MOTION FOR PRELIMINARY INJUNCTION ~~PRAECIPE to attach document re 7 MOTION for Preliminary Injunction~~ *Ordering Defendants to Complete ESA Consultation by April 1, 2024* by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12 (Attachments: # 1 Corrected Motion for Mandatory Injunction [re Dkt. 7], # 2 Corrected Lefeber Declaration [re Dkt. 7-1])(Koski, Charlene) Modified on 3/8/2024 (AQ). (Entered: 02/15/2024) |
| 02/12/2024 | 10 | | ORDER STRIKING JSR ORDER by Hon. Brian A Tsuchida. The Court will address the pending motion for preliminary relief first and thereafter, the parties may submit a proposed briefing schedule. (AQ) (Entered: 02/12/2024) |
| 02/09/2024 | 9 | | ~~ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT by Hon. Brian A Tsuchida. FRCP 26(f) Conference Deadline is 3/8/2024, Initial Disclosure Deadline is 3/22/2024, Joint Status Report due by 4/5/2024. (AQ)~~ Modified on 2/12/2024 - Stricken per 10 Order (AQ). (Entered: 02/09/2024) |
| 02/09/2024 | 8 | | CONSENT by all parties to proceed before a Magistrate Judge. Case remains assigned to Hon. Brian A. Tsuchida. (AQ) (Entered: 02/09/2024) |
| 02/01/2024 | 7 | | MOTION for Preliminary Injunction *Ordering Defendants to Complete ESA Consultation by April 1, 2024*, filed by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12. (Attachments: # 1 Declaration of Dan Lefeber with Exhibits A-G, # 2 Declaration of John Shultz, # 3 Proposed Order) Noting Date 2/23/2024, (Koski, Charlene) (Entered: 02/01/2024) |
| 02/01/2024 | 6 | | NOTICE of Appearance by attorney Charlene Koski on behalf of Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12. (Koski, Charlene) (Entered: 02/01/2024) |
| 02/01/2024 | 5 | | AFFIDAVIT of Mailing of Summons and Complaint to National Marine Fisheries Service; Department of Commerce; Gina Raimondo in her official capacity as Secretary of Commerce; Janet Coit in her official capacity as the Assistant Administrator for NOAA Fisheries on 12/21/2023, filed by Plaintiff Skagit County Dike Drainage and Irrigation Improvement District No 12. (Mandell-Rice, Jenna) (Entered: 02/01/2024) |
| 02/01/2024 | 4 | | NOTICE OF ASSIGNMENT TO A US MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM. Each party will be deemed to have knowingly and voluntarily consented to proceed before a Magistrate Judge if this form is not returned by 2/8/2024. |

**ER-946**

| | | |
|---|---|---|
| | | **Please Note: Forms must not be electronically filed with the Court.** (AQ) (Entered: 02/01/2024) |
| 02/01/2024 | 3 | NOTICE of Appearance by attorney Rickey Doyle Turner, Jr on behalf of Defendants Janet Coit, Department of Commerce, National Marine Fisheries Service, Gina Raimondo. (Turner, Rickey) (Entered: 02/01/2024) |
| 12/21/2023 | 2 | Summons(es) Electronically Issued as to defendant(s) Janet Coit, Department of Commerce, National Marine Fisheries Service, Gina Raimondo. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons) (RE) (Entered: 12/21/2023) |
| 12/21/2023 | | Hon. Brian A Tsuchida added. (RE) (Entered: 12/21/2023) |
| 12/19/2023 | 1 | COMPLAINT *FOR AFFIRMATIVE DECLARATORY RELIEF* against All Defendants (Receipt # AWAWDC-8286033) Attorney Jenna Rose Mandell-Rice added to party Skagit County Dike, Drainage, and Irrigation Improvement District No. 12(pty:pla) filed by Skagit County Dike, Drainage, and Irrigation Improvement District No. 12. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Civil Process Clerk, # 3 Summons Merrick B. Garland, # 4 Summons Gina Raimondo, # 5 Summons Department of Commerce, # 6 Summons National Marine Fisheries, # 7 Summons Janet Coit)(Mandell-Rice, Jenna) (Attachment 1 replaced on 12/22/2023 due to malformed PDF) (CDA). (Entered: 12/19/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/02/2026 14:14:13 | | | |
| **PACER Login:** | koski43178 | **Client Code:** | 21110.00001.cbk |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-01954-BAT |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |