No. 25-3757

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

SKAGIT COUNTY DIKE, DRAINAGE AND IRRIGATION
IMPROVEMENT DISTRICT NO. 12,

*Plaintiff-Appellant*,

v.

NATIONAL MARINE FISHERIES SERVICE, et al.,

*Defendant-Appellees*.

On Appeal from the United States District Court for the Western
District of Washington, No. 2:23-cv-01954-BAT
Hon. Brian A. Tsuchida

APPELLANT'S EXCERPTS OF THE RECORD
INDEX VOLUME

Charlene Koski
Jenna R. Mandell-Rice
VAN NESS FELDMAN LLP
1191 Second Avenue, Suite 1800
Seattle, WA 98101
(206) 623-9372
cbk@vnf.com
jrm@vnf.com

*Attorneys for Appellant*

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 of 5** <br> **Pages 1–35** | | | |
| Judgment in a Civil Case | 06/09/25 | 71 | ER-2 |
| Order (denying Skagit County Dike, Drainage, & Irrigation Improvement District, No. 12's ("Plaintiff" or "District 12") Motion for Summary Judgment and granting National Marine Fisheries Service ("NMFS"), Department of Commerce, Howard Lutnik, Emily Menashes (collectively "Defendants") Motion for Summary Judgment) | 04/28/25 | 64 | ER-3 |
| **VOLUME 2 of 5** <br> **Pages 36-335** | | | |
| Plaintiff's Surreply to Defendants' Reply in Support of Cross-Motion for Summary Judgment | 03/05/25 | 61 | ER-37 |
| Defendants' Reply in Support of Cross-Motion for Summary Judgment | 02/28/25 | 59 | ER-42 |
| Defendants' Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment | 01/24/25 | 47 | ER-55 |
| Plaintiff's Motion for Summary Judgment and Memorandum in Support - Corrected | 12/16/24 | 40-1 | ER-81 |
| First Amended Complaint for Affirmative Declaratory Relief | 07/02/24 | 23 | ER-116 |

1

| | | | |
|---|---|---|---|
| Endangered Species Act Section 7(1)(2) Jeopardy Biological Opinion and Magnuson-Stevens Fishery Conservation & Management Act Essential Fish Habitat Response for the Issuance of Permits for No Name Slough Tidegate Replacement Project in Skagit County, Washington (NWS-2020-195) | 04/22/24 | 25 (AR) | ER-139 |
| **VOLUME 3 of 5** <br> **Pages 336-634** | | | |
| Endangered Species Act Section 7(1)(2) Jeopardy Biological Opinion and Magnuson-Stevens Fishery Conservation & Management Act Essential Fish Habitat Response for the Issuance of Permits for No Name Slough Tidegate Replacement Project in Skagit County, Washington (NWS-2020-195) | Cont/d | Cont/d | Cont/d ER-337 |
| Plaintiff's Comments on NMFS's Apr. 1, 2024, Draft Biological Opinion | 04/11/24 | 25 (AR) | ER-379 |
| Order (granting Plaintiff's Motion for Preliminary Injunction) | 03/08/24 | 15 | ER-432 |

| | | | |
|---|---|---|---|
| Declaration (of Dan Stephen Lefeber – Corrected in Support of Motion for Preliminary Injunction)<br><br>Exhibit A – Commissioner's Resolution, Sept. 9, 2019<br><br>Exhibit B – District 12's Joint Aquatic Resources Permit Application to USACE, Feb. 21, 2020<br><br>Exhibit C – Map showing the area District 12 protects, Feb. 22, 2023<br><br>(other exhibits omitted) | 02/15/24 | 11-2 | ER-447 |
| NMFS Design Manual | 02/22/23 | 25 (AR) | ER-470 |
| Study re Estuarine Habitats at Padilla Bay NERR Washington: Past, present, and future by Charles Endris, et al | Jan. 2023 | 35 (AR) | ER-483 |
| Letter re Non-Concurrence for ESA Consultation Request NWS 2020-195, Skagit County Diking District 12, No Name Slough Tidegate Replace Project | 12/14/22 | 25 (AR) | ER-509 |
| Letter re U.S. Army Corps of Engineers ("USACE") Request for Informal Consultation | 02/28/22 | 25 (AR) | ER-510 |
| Biological Assessment re No Name Slough Tidegate Replacement Project, Skagit County, Washington | 02/09/22 | 25 (AR) | ER-513 |
| Interagency Memorandum Between the Department of the Army (Civil Works) and the National Oceanic and Atmospheric Administration | 01/05/22 | 25 (AR) | ER-562 |

| Biological Viability Assessment Update for Pacific Salmon and Steelhead Listed Under the Endangered Species Act: Pacific Northwest, NOAA Technical Memorandum NMFS-NWFSC-171 (Excerpt) | 2022 | 25 (AR) | ER-569 |
|---|---|---|---|
| Endangered Species Act 7(a)(2) Jeopardy Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat Response for the Issuance of Permits for 11 Projects under Section 404 of the Clean Water Act and Section 10 of the Rivers and Harbors Act for Actions related to Structures in the Nearshore Environment of Puget Sound | 09/30/21 | 25 (AR) | ER-586 |
| Letter re Reinitiation of the Tidegate Fish Initiative ("TFI") Programmatic Biological Opinion, NMFS (Excerpt) | 09/29/21 | 25 (AR) | ER-595 |
| TFI Tracking System – Operational Improvements | 07/27/21 | 25 (AR) | ER-597 |
| Email from NOAA Fisheries re draft TFI Memo re 10 Year Report and SITC Concerns | 12/23/20 | 25 (AR) | ER-598 |
| Letter re Skagit Delta TFI – Operational Improvements Review | 11/10/20 | 25 (AR) | ER-632 |
| **VOLUME 4 of 5** **Pages 635-934** | | | |
| TFI Oversight Committee Meeting draft notes | 06/16/20 | 25 (AR) | ER-636 |

4

| Tide Gates: Operation, Fish Passage and Recommendations for Their Upgrade or Removal by Souder and Giannico | 2020 | 25 (AR) | ER-638 |
|---|---|---|---|
| TFI Oversight Committee Meeting Notes | 11/18/19 | 25 (AR) | ER-653 |
| NNA Request for Credit | 11/15/19 | 25 (AR) | ER-656 |
| Habitat Restoration Credits for Self-Regulating Tide Gates by James P. Wright, PE, NMFS | 10/18/11 | 25 (AR) | ER-657 |
| The Ecology of Padilla Bay, Washington: An Estuarine Profile of a National Estuarine Research Reserve by Douglas A. Bulthuis (Excerpt) | Aug. 2010 | 25 (AR) | ER-671 |
| Skagit Delta TFI Implementation Agreement Developed by NMFS | 04/01/10 | 25 (AR) | ER-677 |
| Endangered Species Act Section 7 Formal Consultation and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat Consultation for the Skagit Delta Tidegates and Fish Implementation Agreement (HUC Code 171100070202 – South Form Skagit River | 09/25/09 | 25 (AR) | ER-788 |
| McGlinn Island Causeway & Jetty - Habitat Restoration Feasibility, Phase 1: Establishing the Viability of Hydraulic Connectivity between Skagit and Padilla Bays by Skagit River System Cooperative, Battelle Pacific Northwest National Laboratory, and U.S. Geological Survey | 01/17/2008 | 25 (AR) | ER-841 |

| Tide Gates in the Pacific Northwest - Operation, Types, and Environmental Effects by Giannico and Souder | 2005 | 25 (AR) | ER-903 |
| --- | --- | --- | --- |
| **VOLUME 5 of 5** <br> **Pages 935-947** | | | |
| Notice of Appeal | 06/13/25 | 72 | ER-936 |
| Civil Docket for Case No. 2:23-cv-1954-BAT – U.S. District Court, Western District of Washington – *Skagit Cnty. Dike Drainage & Irrigation Dist. No. 12 v. Nat'l Marine Fisheries Serv. et al* | | | |