No. 25-3757

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

SKAGIT COUNTY DIKE DRAINAGE AND IRRIGATION IMPROVEMENT
DISTRICT NO. 12,
*Plaintiff-Appellant*,
v.

NATIONAL MARINE FISHERIES SERVICE, et al.,
*Federal Defendants-Appellees,*
and

SWINOMISH INDIAN TRIBAL COMMUNITY,
*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court for the
Western District of Washington No. 2:23-cv-01954 (Hon. Brian A. Tsuchida)

**MOTION FOR A 15-DAY EXTENSION OF TIME TO FILE THE BRIEF
OF THE FEDERAL DEFENDANTS AND THE DEFENDANT-
INTERVENOR SWINOMISH**

Pursuant to Fed. R. App. P. 26(b), the Federal Defendants-Appellees, by their

attorneys, respectfully requests a 15-day extension of time in which to file their

answering brief and the answering brief of the Intervenor-Defendant-Appellee

Swinomish Indian Tribal Community, to and including Tuesday, May 26, 2026. The

briefs are currently due on Monday, May 11, 2026. Counsel for Plaintiff-Appellant has

indicated that Plaintiff-Appellant takes no position on the motion. The Federal

1

Defendants-Appellees are requesting this extension for several reasons, which demonstrate good cause, diligence, and substantial need for the extension.

An extension of the current due date is required because counsel for the government is the lead or reviewing attorney responsible for numerous other pending matters that have required and will continue to require significant amounts of time prior to the due date. Among other things, she presented oral argument in *Jones v. Untied States*, Fed. Cir. No. 24-2053, on April 7, 2026. She has also reviewed briefs and memoranda, and done other work in the following cases: *Colorado Wild Public Lands v. U.S. Forest Service*, 10th Cir. No. 25-1055; *Western Watersheds Project v. U.S. Forest Service*, 10th Cir. No. 25-8026; *Standing Trees v. U.S. Forest Service*, 1st Cir. No. 25-2086; *Wilderness Watch v. US Forest Service*, 9th Cir. No. 25-8078; *NY v. Trump*, 1st Cir. No. 25-1236; *Renew Northeast v. U.S. Dep't of Interior*, D. Mass. No. 25-13961; and *Nuisqut Trilateral v. Burgum*, D. Alaska No. 3:26-cv-98. Counsel is also taking prescheduled leave from May 18 through May 21, 2026. Counsel was not aware of the need for this extension until today, when it became clear that urgent matters in some of the foregoing cases would prevent her from being able to complete the government's answering brief in this case by May 11, 2026. Undersigned counsel for the Federal Defendants-Appellants accordingly will be unable to meet the current deadline for filing the government's answering brief, despite working diligently to meet that deadline.

Significant time is also required for review and approval of the government's filings in this appeal by the government agencies, the trial section, and the Office of the Assistant Attorney General for the Environment and Natural Resources Division. Principal drafting of the brief generally must occur several weeks in advance of the filing deadline in order to accommodate the review process. More time will enable that orderly review process to occur.

The government and the Swinomish have each obtained one 30-day streamlined extension for their briefs.

A 15-day extension for both answering briefs will enable all the briefs to be filed on the same day, keeping the briefing schedule uniform.

Undersigned counsel for the Federal Defendants-Appellees contacted counsel for the Plaintiff-Appellant, who has indicated that the Plaintiff-Appellant does not oppose this extension request. Undersigned counsel also contacted counsel for the Intervenor-Defendant-Appellee, who indicated that the Intervenor-Defendant-Appellee joins in the request to the extent the extension applies to its briefing deadline.

For the reasons set forth herein, the Federal Defendants-Appellees hereby request that the Court grant this motion, making the answering briefs for all appellees due on May 26, 2026.

Respectfully submitted,


/s/ *Thekla Hansen-Young*
THEKLA HANSEN-YOUNG
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 307-2710
thekla.hansen-young@usdoj.gov

May 8, 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d) of the Federal Rules of Appellate Procedure, as the motion contains 511 words according to the count of Microsoft Word and has been prepared in a proportionally-spaced typeface using Garamond 14 pt.

_s/Thekla Hansen-Young_
THEKLA HANSEN-YOUNG