UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



---

SKAGIT COUNTY DIKE DRAINAGE AND IRRIGATION IMPROVEMENT DISTRICT NO 12,

        Plaintiff - Appellant,

  v.

NATIONAL MARINE FISHERIES SERVICE; et al.,

        Defendants - Appellees,

_____

SWINOMISH INDIAN TRIBAL COMMUNITY,

        Intervenor.

No. 25-3757

D.C. No. 2:23-cv-01954-BAT
Western District of Washington, Seattle

ORDER

---

The motion (Docket Entry No. 33) for an extension of time to file the answering briefs is granted.

The answering briefs are due May 26, 2026. The optional reply brief is due 21 days after the last answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT