**No. 25-3757**

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

SKAGIT COUNTY DIKE, DRAINAGE AND IRRIGATION IMPROVEMENT DISTRICT NO. 12,

*Plaintiff-Appellant*,

v.

NATIONAL MARINE FISHERIES SERVICE, et al.,

*Defendant-Appellees*.

On appeal from the United States District Court for the Western District of Washington, No. 2:23-cv-01954-BAT Hon. Brian A. Tsuchida

---

## APPELLANT'S FURTHER EXCERPTS OF RECORD

---

Charlene Koski
Jenna R. Mandell-Rice
VAN NESS FELDMAN LLP
1191 Second Avenue, Suite 1800
Seattle, WA 98101
(206) 623-9372
cbk@vnf.com; jrm@vnf.com

*Attorneys for Appellant*

# FURTHER EXCERPTS OF RECORD

## INDEX

| Administrative Record Document Name | Location in Administrative Record | FER No. |
|---|---|---|
| **VOLUME 1 of 1 – Pages 1–39** | | |
| J. Friebel Response to D. Price Comments – Nov. 2022 | NOAASkagitAR0050542<br>NOAASkagitAR0050847 | 3<br>4-15 |
| USACE Permit Notification, Reference No. NWS-2016-0528 – June 3, 2016 (Big Ditch) | NOAASkagitAR0050107 | 16-17 |
| Biological Evaluation for Informal ESA Consultation For: NWS-2015-203 – Apr. 22, 2015 (Wiley Slough) | NOAASkagitAR0000545 | 18-39 |

**From:**     Jenna Friebel <jfriebel@skagitdidc.org>
**Subject:**  RE: a couple questions
**To:**       David Price - NOAA Federal; Perry, Randel J CIV USARMY CENWS (US)
**Sent:**     November 18, 2022 11:41 AM (UTC-08:00)
**Attached:** Response to questions 11182022.docx, D12_emergency declaration.pdf

Hi David –

I have attached responses to your comments – I hope this helps. I will run out to the site Monday at low tide and take a few photos of the existing rip-rap, trashracks, and estimate the dimensions of the trashracks.

Let me know if anything is unclear or if you need more information.

Jenna

**From:** David Price - NOAA Federal <david.price@noaa.gov>
**Sent:** Thursday, November 17, 2022 11:25 AM
**To:** Jenna Friebel <jfriebel@skagitdidc.org>; Perry, Randel J CIV USARMY CENWS (US) <Randel.J.Perry@usace.army.mil>
**Subject:** a couple questions

Hi Jenna.  I have a couple of questions on the No Name Slough tide gate replacement project.
The removal and replacement of riprap on the Padilla Bay side of the project does not have an aerial extent.  I see where up to 73.6 cy of new material may be needed, but can you provide the linear extent and estimate the area below the OHWL?
The removal of the two tide gates by DD12 also lacks a measure of riprap removal/replacement and doesn't specify if additional armoring material will be needed. Can you provide that info?
The drawings specify the removal of a trash rack (ditchward?) of the wooden tide gate to be removed by DD12. I don't see that in the BA. Can you provide dimensions and anything else about this activity (method of removal, attached to the tidegate?)?
The tidegates being replaced by the new structure appear to be 48" in diameter, made of wood(?) and currently have an 18" and 24" gate. Is that right?  If that is correct, the top hinge gate currently restricts the opening - do I understand that correctly?
The replacement tidegate will be a concrete box with (2) @ 4' x 5.83' min opening, which won't be further restricted by the fiberglass side hinge gates. Do I have that correct?
The description of the removal of the coffer dam is a little vague in the BA. Do you intend on removing the sheet piles in the dry and backfilling depressions with clean or native materials?

These are the questions I have for you as of now.  I may have more as I progress. Thanks Jenna.   dave

--


David Price
Biologist
North Puget Sound Branch
West Coast Region, NOAA
253-317-1498
david.price@noaa.gov

FER-03

NOAASkagitAR0050542

David – let me know if you have additional questions. .

The removal and replacement of riprap on the Padilla Bay side of the project does not have an aerial extent. I see where up to 73.6 cy of new material may be needed, but can you provide the linear extent and estimate the area below the OHWL?

Detail 2 on Sheet C7 of the plans indicates the location of rip-rap. I will run out to the site Monday morning and take a few photos at low tide so you can see the extent of existing rip rap at this site.



Rough Estimate  16' x 10' x 3' = 480 cuft each side

480 x 2/27 = 35.6 cu.yrds  below OHWL

FER-04

NOAASkagitAR0050847

The removal of the two tide gates by DD12 also lacks a measure of riprap removal/replacement and doesn't specify if additional armoring material will be needed. Can you provide that info?

Site #45 has already been partially removed because it failed in 2019. In the fall of 2019, tidegate broke and saltwater started flooding into the adjacent farmland. To save the dike, District 12 declared an emergency (attached). They filled the damaged pipes with supersacks and sandbags. At low tide the removed the damaged ends of the pipe and installed clay and rock (see pictures below). The District plans to remove the damaged sections of the pipe that are still in the dike prism, this will not require any in-water work.

Site 95 will be done at low-tide in one tide cycle similar to how the old Joe Leary Tidegates were removed (see picture below.) I don't know how much new rock would be place – if I had to estimate it would be similar to Site #45 – 15-ft x 10-ft x 3 ft = t450 cu.ft = 17 cubic yards. Essentially, they isolate the toe by over the course of a couple days by first isolating the upstream end, then allowing a tide-cycle to flush out fish in the pipe, then push a sein and then a silt curtain out from the bank at low tide prior to the work day. Then they stage two excavators and a truck on-site. Then they dig down on the outgoing tide, pull the pipe, and backfill on the incoming tide – a little nerve wracking, but it actually works great for everyone but the fish exclusion guy.

FER-05

NOAASkagitAR0050848



Site 45 after emergency repairs – new riprap is circled.

FER-06

NOAASkagitAR0050849



Site #45 – emergency repair work

FER-07

NOAASkagitAR0050850



Site 45 – emergency repair work – landward side of dike.

FER-08

NOAASkagitAR0050851



Removal of old tidegates and pipes at Joe Leary Slough.

FER-09

NOAASkagitAR0050852



Fish exclusion expert Lucas – not an easy day Joe Leary Slough

The drawings specify the removal of a trash rack (ditchward?) of the wooden tide gate to be removed by DD12. I don't see that in the BA. Can you provide dimensions and anything else about this activity (method of removal, attached to the tidegate?)?

The trashracks are located on the upstream/inland side of the pipes (tidegate is attached to the downstream/bay-side of the pipes). I will have to run out there Monday and estimate the dimensions if you need them. usually they are taken apart by hand with drills/saws and often the boards are lifted out with a rope attached to a backhoe. I will also send a few pictures.

The tidegates being replaced by the new structure appear to be 48" in diameter, made of wood(?) and currently have an 18" and 24" gate. Is that right?  If that is correct, the top hinge gate currently restricts the opening - do I understand that correctly? The replacement tidegate will be a concrete box with (2) @ 4' x 5.83' min opening, which won't be further restricted by the fiberglass side hinge gates. Do I have that correct?

Not really. See sheet C2 of the design plans or the JARPA drawings (copied below). There are a total of 4 pipes coming out (#45 already failed and has been partially removed). They currently all have top-hinge gates and top-hinge gates that cover the opening (48-

FER-10

NOAASkagitAR0050853

inches). The 24-inch and 18-inch fiberglass flapgates are part of the pump-station outfall system and will remain.  Essentially, the capacity of all four removed pipes have been combined into the capacity of the new structure, which no longer has pipes. In practice, as long as we are matching opening size with opening size, the Corps considers this work under the NWP3 program: Maintenance and Repair of Infrastructure.



FER-11

NOAASkagitAR0050854



EXISTING/PROPOSED
SECTION VIEW

NGVD=MEAN SEA LEVEL 1929
MLLW=LOWER LOW WATER DATUM

FER-12

NOAASkagitAR0050855

The description of the removal of the coffer dam is a little vague in the BA. Do you intend on removing the sheet piles in the dry and backfilling depressions with clean or native materials?

Yes – the site is backfilled in the dry – the clay used for dikes is extremely moisture sensitive and needs to be compacted and tested in 1-ft lifts. There are a couple pictures of this process from Joe Leary below. I don't have any pictures of the Joe Leary coffer dam coming out, but it essentially the same as when they go in – the crane sits on the dike and wiggles them out using vibration, starting with the upstream side and working toward the bay. As the piles through the dike come out the material shifts a little and is compacted, but most of this is corrected before the bay-side piles are removed. The bayside piles are removed at low tide and slowly to allow water to gradually enter the site so as not to damage the structure or bring in sediment. this allows the water levels to equalize.

FER-13

NOAASkagitAR0050856



Joe Leary Slough
Backfilling/dike select fill import
Compaction tests

FER-14

NOAASkagitAR0050857





Joe Leary Slough
Looking west
Installing the coffer dam

FER-15

NOAASkagitAR0050858

# USACE Permit Notification
**Reference Number:**  NWS- 2016-0528-

**Greetings**

6/3/2016

The U.S. Army Corps of Engineers has received a permit application for the following actions:
The proposed maintenance project involves removing seven 60-inch diameter top-hinged tidegates and seven 75-foot long 60-inch diameter corrugated metal pipes embedded within a 60-foot wide earthen dike spanning Big Ditch.  The tidegate replacement work involves constructing a 30-foot wide concrete structure and installing two 8-foot tall by 10-foot wide side-hinged tidegates.  The remaining void would be diked as needed, on either side of the new tidegate structure.  The work also involves removing ten 3' by 4' wooden tidegates from exisiting, abandoned, and compromised tidegate structure.  Cofferdam or sheet piling would be used to isolate the work site, large equipment would operate from the adjacent upland areas; small equipment, supplies and personnel would enter the isolated work area. Equipment and construction material would be staged in an adjacent upland area. The existing tidegates and culverts are damaged or do not operate properly.  The replacement tidegates would alos provide improved operation and fish passage.

**Name of Applicant:**   Skagit Co Drain, Irrigation Distr DID 17

**Type of Permit:**  ☑ Nationwide        3 ,            ☐ Regional General              ☐ Letter of Permission

**Location**  In Big Ditch                      at/near Mount Vernon                      Skagit Co., Washington

**Proj Latitude:**  48.27638        **Longitude:**  -122.37839

**Township:** 32    **Range:** 03  E   **Section:** 12

**Endangered Species Act, Section 7:**
The Corps is assessing potential impacts to listed and proposed species and their critical habitat in the project area and will consult with the National Marine Fisheries Service and U.S. Fish and Wildlife Service if required.

**Essential Fish Habitat (EFH):**
The Corps is assessing potential impacts to EFH.  If we determine that the proposed action may adversely affect EFH, we will initiate EFH consultation with the NMFS.

**Fisheries:**
The Corps is assessing potential impacts to usual and accustomed fishing practices, tribal fisheries, and fisheries habitat in the project area.  We are requesting your comments.

**Cultural/Historic Resources:**
The Corps is assessing potential impacts to archeological, historic, and cultural resources in the project area.  We are requesting your comments.

**Response Deadline:**
Please note, we will assume that you have no comments and no objections to the permit application if we do not receive a response to this notification within  10  calendar days.
You may also request an extension of  15  calendar days if you intend to provide substantive, site-specific comments, but the request must be submitted within the comment period listed above.  If notified of the time extension request, we will wait until the close of the time extension period before making a permit decision.  We will fully consider all comments received.

**Additional Information:**


Attached is a set of project drawings.  Please let me know if you have any questions.

Sincerely

FER-16

NOAASkagitAR0050107

Ron Wilcox

Project Manager
U.S. Army Corps of Engineers, Seattle District, Regulatory

FER-17

NOAASkagitAR0050108



**BIOLOGICAL EVALUATION
FOR INFORMAL ESA CONSULTATION
For: <u>NWS-2015-203</u> (Corps Reference Number)**
*Version: May 2012*



US Army Corps
of Engineers ®
Seattle District

*\*\* This form is for projects that have insignificant or discountable impacts on listed species. It contains all the information required for a biological evaluation, but in abbreviated form and with minimal instructions on how to fill it out. For more detailed instructions, a format for development of a biological assessment or biological evaluation can be found on the Seattle District Corps website (www.nws.usace.army.mil – click on regulatory and then on endangered species, BA Template). You may also contact the Corps at 206-764-3495 for further information.*

**Drawings and Photographs** - *Drawings and photographs must be submitted*. Photographs must be submitted showing local area, shoreline conditions, existing overwater structures, and location of the proposed project. Drawings must include a vicinity map; plan, profile, and cross-section drawings of the proposed structures; and over- and in-water structures on adjacent properties. (For assistance with the preparation of the drawings, please refer to our *Drawing Checklist* located on our website at <u>www.nws.usace.army.mil</u> Select Regulatory – Regulatory/Permits – Forms.) Submit the information to: U.S. Army Corps of Engineers, Regulatory Branch, P.O. Box 3755, Seattle, Washington 98124-3755.

**Date:  <u>04/22/15</u>**

| SECTION A - General Information | | | |
|---|---|---|---|
| 1. **Applicant name**: Washington Department of Fish and Wildlife - Chris Gourley | | | |
| Mailing address:  600 Capitol Way North, Olympia, WA 98501 | | | |
| Work phone: 360-902-8392 | Home phone: | Email: Chris.Gourley@dfw.wa.gov | Fax: 360-902-8367 |
| 2. **Joint-use applicant name (if applicable)**: | | | |
| Mailing address: | | | |
| Work phone: | Home phone: | Email: | Fax: |
| 3. **Authorized agent name**: | | | |
| Mailing address: | | | |
| Work phone: | Home phone: | Email: | Fax: |
| 4. **Location where proposed work will occur** <br> Address (street address, city, county): <br> Wiley Slough, near Wiley Road, Skagit County, WA <br> Location of joint-use property (street address, city, county): <br><br> Waterbody:  Wiley Slough/Skagit River Delta | | | |
| ¼ Section: | Section: 26 | Township: 33N | Range: 3E |
| Latitude: 48.324179 | | Longitude: -122.379123 | |

FER-18

NOAASkagitAR0000545

2

**5.    Description of Work:**
   *Include project drawings and site photographs.*
   *Describe the proposed project in detail.  Please describe any mitigation that is being proposed for impacts from your project.  Attach a mitigation plan as an appendix, if appropriate.*

This project will replace the 5 current tide gate pipes with two (2) 8-ft by 10-ft box culverts, which are 25 ft in length and will have side-hinge tide gates in the same location. The regulation of flows in Wiley Slough will still be regulated. In an earlier restoration of the Skagit Delta, tide gates were installed on Wiley Slough to regulate flows and curb flooding. The tide gates not only shifted, but the restoration efforts were challenged when a shoal developed off the delta, restricting flows. The new tide gate will allow for regulation of the slough and tidal waters and will be placed in the same location, impacting less area than the original. Equipment will access the site via the existing gravel topped dike.



FER-19

NOAASkagitAR0000546

3



Existing tide gate walkway, looking north into Wiley Slough

**~~For projects that include pile driving~~**
*~~If steel or concrete piles are being installed with an impact hammer pile driver, marbled murrelets may be adversely impacted.  For installation of any type of pile with a vibratory pile driver, marine mammals may be adversely impacted.  A monitoring plan may be required to ensure protection of these species.~~*

| Please fill out the following:  (obtain information from contractor) | |
|---|---|
| 5.1 Number of piles being replaced: | |
| 5.2  Replacement pile type:<br>(e.g.: ACZA-treated wood, steel, coating used on steel piles) | |
| 5.3  Replacement pile size:<br>(e.g. 12-inch) | |
| 5.4  Installation method:<br>(e.g.:  vibratory, impact hammer) | **Note:**  Vibratory or impact installation of wood, concrete, plastic, or other non-metal piles of any size is allowed.  Impact installation of steel piles in marine waters is not covered under the programmatic and, in freshwater, is only covered programmatically for steel piles up to 10 inches. |
| 5.5  Anticipated dates, number of minutes and number of days vibratory pile driving | _____ minutes per day<br>_____ number of days<br><br>Anticipated dates: |
| 5.6  For vibratory installation, will proofing be required?  If so, how many pile strikes per pile? | Yes  _____        Number of pile strikes per pile        _____<br>No  _____ |
| 5.7  For impact hammer installation, estimate the number of pile strikes required per pile: | |
| 5.8  For impact hammer installation or proofing, estimated number of pile strikes per day: | Minutes per day        _____<br>Number of days        _____<br>Anticipated dates: |

FER-20

NOAASkagitAR0000547

4

| Please fill out the following:  (obtain information from contractor) | |
|---|---|
| 5.9  For impact hammer pile driving or proofing, sound attenuation measures: | |
| 5.10 Anticipated dates, number of minutes and number of days of impact hammer pile driving or proofing: | |
| 5.11  Describe substrate into which piling will be driven: | |

**6.  Construction Techniques**:
*Describe methods and timing of construction to be employed in building the project and any associated features.  Identify actions that could affect listed / proposed species or designated / proposed critical habitat and describe in sufficient detail to allow an assessment of potential impacts.  Consider actions such as vegetation removal, temporary or permanent elevations in noise level, channel modifications, hydrological or hydraulic alterations, access roads, power lines etc.  Also discuss construction techniques associated with any interdependent or interrelated projects.*
*Address the following:*

A.  Construction sequencing and timing of each stage (duration and dates):
Construction will begin when all permits are issued and it is anticipated that work will begin in July 2015, assuming permitting is complete at this time. The work window for the project as issued by WDFW is July 15 through February 15 and includes the Wiley Slough and estuary sides of the tide gates. While construction timing is left to contractors, it is anticipated that the construction schedule will be similar to the following:
1) Temporary erosion and sediment control measures put in place – 2 days
2) Install temporary cofferdams – 3 days
3) Install construction dewatering system – 3 days
4) Fish removal – 1 day
5) Remove existing tide gate pipes and collars – 5 days
6) Construct new box culvert with side-hinged tide gates – 3 days
7) Re-grade dike area and place rip rap erosion protection – 3 days
8) Remove all necessary cofferdams and construction materials including TESC measures – 4 days
9) Seed disturbed areas – 2 days

B.  Site preparation:
Silt fencing and other erosion control measures will be placed before work begins. Silt fencing and other BMPs will be placed as needed to ensure sediment laden water does not enter any waterbodies.

C.  Equipment to be used:
The area is easy to access, with a parking lot nearby and access along the dike. There will likely be at least 2 excavators, dump trucks, and various other tools and equipment necessary to complete the project.

D.  Construction materials to be used:

FER-21

NOAASkagitAR0000548

5

Cofferdam materials consisting of sheet pile and/or super sacks with visqueen plastic, floating silt curtains, concrete box culvert, hand railing, and rip rap.

E.  Work corridor:
The work will be isolated from Wiley Slough with a cofferdam. The dike will be excavated for the removal of the current tide gate and will be replaced once the new tide gate is installed. A cofferdam will be constructed on the tidally influenced side of the project as well to isolate the work area.

F.  Staging areas and equipment wash outs:
Staging areas will be on the dike on either side of the current tide gates. Any longer-term storage needed for materials can be stored in the parking area for the wildlife area near the entrance. River flows and tidal influence in this area will not overtop the dike in the summer season and any equipment storage will be isolated from waterways using BMPs for sediment and contaminant runoff.

G.  Stockpiling areas:
Stockpiling will be done at the Wildlife Area in graveled parking areas, as needed.

H.  Running of equipment during construction:
Equipment will be run as necessary to accomplish the job during daylight hours only. All equipment shall be run by qualified parties during approved work times.

I.  Soil stabilization needs / techniques:
Silt fences, hay bales, and other BMPs may be utilized while work is conducted. Disturbed soils will be seeded and mulched.

J.  Clean-up and re-vegetation:
All BMPs will be removed by hand at the end of project work. Seeding and mulching will follow construction.

K.  Storm water controls / management:
Currently, all storm water runs over the dike and enters waterways on either side after flowing over rip rap embankments. Once the work is complete, storm water will be unchanged. During project construction, all efforts will be made to reduce the impacts on surrounding areas during precipitation events. BMPs will be implemented as outlined in the plans.

L.  Source location of any fill used:
All fill materials will be locally sourced if possible. Rip rap used for stabilization will be reused from the current tide gate stock.

M.  Location of any spoil disposal:
All spoils will be reused if possible or hauled off site to an approved dump site if necessary.

**7.  Action Area**
*Please describe the action area.  The action area means all areas to be affected directly (e.g., earth moving, vegetation removal, construction noise, placement of fill, release of environmental contaminants) and indirectly by*

FER-22

NOAASkagitAR0000549

6

*the proposed action. (Example: as a direct effect, the action area for pile driving would include the area out to where the noise from the pile driving falls below the level of harm or disturbance for listed species. For vibratory hammer pile driving impacts to killer whales, this level is 120 dB. Action area will include any area where the underwater noise level may exceed 120 dB).*

The Action Area was determined by examining possible direct effects on species using terrestrial noise as an indicator. Using a noise attenuation table calculated for hard surfaces and utilizing an ambient sound level of 63, noise will attenuate to ambient after a distance of approximately 600 feet in air[1]. Ambient sound may include traffic, boating traffic, and farm equipment. Guns are often frequently fired nearby due to hunting activities. Excavation and other construction activities, assuming 2 pieces of equipment (excavators) are working at the same time, have $L_{max}$ of 84 dB at 50 feet.

| Distance (feet) | Construction noise (-6 dBA) | Ambient Sound (-3 dBA) |
|---|---|---|
| 50 | 84* | 63 |
| 100 | 78 | 60 |
| 200 | 72 | 57 |
| 400 | 66** | 54 |
| 800 | 60 | 51 |

The noise-only harassment/injury threshold* for murrelets and spotted owls is 92dBA[2]. The noise-only disturbance threshold** is 70dBA. Noise only/harassment/injury threshold will not be reached and noise only disturbance threshold will be reached at approximately 350 feet. There are no marbled murrelets or spotted owls within this distance.



[1] WSDOT. Biological Assessment Preparation. 2013.
[2] USDI 2003.

FER-23

NOAASkagitAR0000550

7

The Action Area shown on the map above is 800 feet, outlined in blue. The work area is shown in red. Values are approximate.

**8.      Species Information**:
*Identify each listed or proposed species, including terrestrial species, as well as designated or proposed critical habitat in the action area.  Please include information on which listed species use are expected to be found in the action area and the potential for them to be there during project activities.*

*To determine what listed or proposed species may occur in the action area, contact NOAA Fisheries at the address listed below and obtain a county list of federally listed/ designated and proposed species and critical habitat from the:*

 U.S Fish and Wildlife Service at:  http://westernwashington.fws.gov/se/SE_List/endangered_Species.asp

National Marine Fisheries Service at:
510 Desmond Dr., SE # 103
Lacey, WA  98503
(360) 753-9530
http://www.nwr.noaa.gov

The following species are listed as of August 11, 2011:

**USFWS SPECIES**
**BIRDS**
Marbled murrelet
Northern spotted owl
Short-tailed albatross
Western snowy plover

**MAMMALS**
Canada lynx
Columbia white-tailed deer
Gray wolf (western WA)
Gray wolf (eastern WA)
Grizzly bear
Woodland caribou
Pygmy rabbit (Columbia Basin DPS)

**INSECTS**
Oregon silverspot butterfly

**PLANTS**
Bradshaw's desert parsley
Marsh sandwort
Showy stickseed
Wenatchee Mtns. Checker-mallow
Golden paintbrush
Kincaid's lupine
Nelson's checker-mallow
Water howellia
Spalding's catchfly
Ute ladies'-tresses

**FISH**
Bull trout, Columbia River
Bull trout, coastal-Puget Sound
Dolly varden, coastal-Puget Sound

**NMFS SPECIES**
**FISH**
Chum, Columbia River
Chum, Hood Canal summer
Chinook, lower Columbia River
Chinook, upper Columbia River spring
Chinook, Puget Sound
Chinook, Snake River fall
Chinook, Snake River spring-summer
Chinook, upper Willamette River
Coho, lower Columbia River
Sockeye, Ozette Lake
Sockeye, Snake River
Steelhead, upper Columbia River
Steelhead, middle Columbia River
Steelhead, lower Columbia River
Steelhead, Snake River
Steelhead, upper Willamette River
Steelhead, Puget Sound
Sturgeon, Green (southern DPS)
Eulachon, Pacific (southern DPS)
Bocaccio (Georgia Basin DPS)
Rockfish, canary (Georgia Basin DPS)
Rockfish, yelloweye (Georgia Basin DPS)

**MARINE MAMMALS**
Humpback whale
Blue whale
Fin whale

FER-24

NOAASkagitAR0000551

8

| | |
|---|---|
| Sei whale | Leatherback sea turtle |
| Sperm whale | Loggerhead sea turtle |
| Southern resident killer whale | Green sea turtle |
| Steller sea lion | Olive Ridley sea turtle |

**REPTILES-AMPHIBIANS**

**All species data in this report were derived from USFWS and NOAA documents available online from the Endangered Species websites and from Federal Registers on the species. Proximity and other location information were obtained from the WDFW PHS Dataset and the WDFW SalmonScape interactive map. Any additional information obtained is noted.**

**Northern Spotted Owl (*Strix occidentalis caurina*) – Threatened:** The closest Northern spotted owl population that has been observed is over 12 miles from the site. While there is critical habitat designated for the owl, it does not exist within the Action Area. Northern spotted owls are not expected to be within the Action Area during construction activities, but it is possible.

**Marbled Murrelet (*Brachyramphus marmoratus*) – Threatened:** The closest observed marbled murrelet is approximately 5.5 miles from the site. While critical habitat is designated for the marbled murrelet, none exists within the Action Area. Marbled murrelets are not expected to be in the Action Area during construction activities, but it is possible.

**Bull Trout (*Salvelinus confluentus*)  – Threatened:** Bull Trout may be present at times in Wiley Slough and waters adjacent to it. The Skagit River is designated as Critical Habitat for bull trout, as is the lower delta where the project is located. Bull trout may be found within the work area, but will be removed if present before the work begins.

**Grizzly Bear (*Ursus arctos horribilis*) – Threatened:** Grizzly bears are a high elevation species that will not be found within the Action Area. This area is right outside of an urbanized area and it would be very unusual to find grizzlies in lowland urbanized areas in Washington. Critical Habitat has been proposed, but has never been designated.

**Canada Lynx (*Lynx canadensis*) – Threatened:** Canada Lynx are a high elevation species that will not be found within the Action Area. The Unit 4 Critical Habitat, while present in Skagit County, is found in the North Cascades and far from the delta at the outlet of the Skagit River.

**Chinook Salmon (*Oncorhynchus tshawytscha*) – Threatened:** Chinook salmon are listed in marine waters and the Skagit River. Critical habitat exists within Puget Sound and local rivers, including the Skagit. Chinook salmon are not present in Wiley Slough. They may be present in the Action Area during construction activities, but will be removed if present before the work begins.

**Steelhead Trout (*O. mykiss*) – Threatened:** Steelhead trout are listed nearby and in marine waters, but are not present in Wiley Slough. There is not yet any designated Critical Habitat in this area; it is in process. They may be present in the Action Area during construction activities, but will be removed if present before the work begins.

**Oregon Spotted Frog (*Rana pretiosa*) – Candidate:** Oregon spotted frogs have been surveyed in Skagit County. Relic populations have been found in recent years at various

NOAASkagitAR0000552

9

sites by the Forest Service, but none have been found near the project site or within close proximity to salt or brackish waters.

**North American Wolverine (*Gulo gulo luscus*) – Candidate:** Wolverines select areas that are cold and receive enough winter precipitation to maintain snow late into the warm season. Because spring snow cover is the best predictor of wolverine occurrence, it can be concluded that wolverines will not be present at the site or in the Action Area. This area is at low elevation and does not support snow into spring and summer.

**Whitebark Pine (*Pinus albicaulis*) – Candidate:** The whitebark pine is known to occur in high elevation areas at alpine tree line. The primary threat to the species is from disease. This species will not be present within the Action Area. It is not at risk of harm from construction activities because no trees will be removed for the project.

**Brown Pelican (*Pelecanus occidentailis*) – Recovery:** These birds primarily occur within close proximity to marine and estuarine waters. Populations are increasing, and as such, they are no longer listed. There is no critical habitat designated for this species. Pelicans may be at the project site and within the Action Area.

9. **Existing Environmental Conditions**:
*Describe existing environmental conditions for the following:*

A. Shoreline riparian vegetation and habitat features
The shoreline is primarily a man-made dike. On both sides of the dike, low-growing plants indicate moist soils. The top of the dike is graveled and supports little to no vegetation. Along Wiley Slough, there are larger trees, such as alders, cottonwoods, and Sitka spruce that line the slough as well as cattails and sedges. South of Wiley Slough is highly vegetated with trees and understory plants. North of the spur dike, tall shrubs and trees line neighboring fields. Other plants in the area include willow, red elderberry, reed canary grass, and stinging nettle.

B. Aquatic substrate and vegetation (include information on the amount and type of eelgrass or macroalgae present at the site)
The substrate within Wiley Slough consists of mud, silt, and sand. The water remains virtually stagnant in this area. The water is cloudy and submerged vegetation cannot be seen. The Freshwater Slough side is tidally influenced and the substrate consists of mud, silt, and sand. Vegetation in the estuarine area consists of sea arrowgrass, American glasswort, Lyngby's sedge, seacoast bulrush, bulrushes, common three square, and American bulrush.

C. Surrounding land/water uses
The site is within the Skagit Wildlife Area. The area is used for walk-in waterfowl and pheasant hunting, fishing, bird dog training, bird watching, walking, and jogging. There is a dike system of trails that allow access to the estuary for these activities. There is also a boat launch west of the project site on Freshwater Slough within the Wildlife Area.

D. Level of development

NOAASkagitAR0000553

10

The area is developed with dikes and has been used as agricultural land for years. There are few buildings in the vicinity and most are homes and barns. A new pump house was constructed on Wiley Slough in 2015.

E.  Water quality



| View Listing | Category | WRIA | Waterbody Name | Parameter | Medium | Map Link |
|---|---|---|---|---|---|---|
| 7177 | 5 | 3 - Lower Skagit-Samish | WILEY SLOUGH | Bacteria | Water | 7177 |
| 45687 | 5 | 3 - Lower Skagit-Samish | WILEY SLOUGH | Bacteria | Water | 45687 |
| 47624 | 5 | 3 - Lower Skagit-Samish | WILEY SLOUGH | Dissolved Oxygen | Water | 47624 |
| 51086 | 5 | 3 - Lower Skagit-Samish | WILEY SLOUGH | pH | Water | 51086 |

According to the Ecology 303(d) list[3], Wiley Slough is listed for bacteria, dissolved oxygen, and pH as Category 5 water. This category represents polluted waters that require a TMDL.

F.  Describe use of the action area by listed salmonid fish species.
Salmonid species have been captured in the slough and surrounding area, but no recent captures have been documented[4]. New tide gates were placed at the downstream side of the slough in 2005 and Brian Williams (Area Habitat Biologist – WDFW) does not believe salmonids are utilizing this area of the slough. SalmonScape shows the presence of bull trout in the slough. The neighboring Freshwater Slough and the Skagit River support all Pacific salmon species. The estuary (Skagit Delta) is utilized by out-migrating juveniles as well. Salmon likely occupy the tidally influenced water in this area, but they will be excluded from the area for project work.

G.  Is the project located within designated / proposed bull trout or Pacific salmon critical habitat? If so, please address the proposed projects' potential direct and indirect effect to primary constituent elements (Critical habitat templates can be found on the Corps website at: http://www.nws.usace.army.mil/Missions/CivilWorks/Regulatory/PermitGuidebook/EndangeredSpecies.aspx, select Forms, Tools and References; Forms and Templates; Critical Habitat Assessment Forms.
Bull trout and Chinook have designated critical habitat within this area. Steelhead, sockeye, chum, and coho salmon do not have designated critical habitat in this area.

**Bull Trout**
(1) Springs, seeps, groundwater sources, and subsurface water connectivity (hyporehic flows) to contribute to water quality and quantity and provide thermal refugia.
**Existing Conditions:** Puget Sound is a continuous water source. The Sound is a large water source with fast currents, constant freshwater input, and heavy use by humans. The temperature of Puget Sound varies by about 5.6° Celsius from summer to winter (12.8°C and 7.2°C, respectively)[5]. The Skagit River and its associated delta offer a highly braided

---

[3] Department of Ecology website. Accessed 04/17/15.
[4] WDFW SalmonScape. Accessed 04/10/13.
[5] Gustafson et al. 2000.

NOAASkagitAR0000554

11

area where fish may acclimate as juveniles in the estuarine waters before migration to the open ocean. This is a tidally influenced area with significant freshwater input. Wiley Slough is a freshwater area that is isolated from tidal influence behind a tide gate.

**Effects to PCE:** There will be no effects to springs, seeps, groundwater sources, or subsurface water connectivity in Puget Sound or the Skagit Delta due to this project. Water quality and quantity will not be impacted due to the work of this project.

(2) Migratory habitats with minimal physical, biological, or water quality impediments between spawning, rearing, overwintering, and freshwater and marine foraging habitats, including, but not limited to permanent, partial, intermittent or seasonal barriers.

**Existing Conditions:** Freshwater Slough has no barriers. Wiley Slough is blocked from migration with a large tide gate. This tide gate regulates flows out of the slough at tidal fluxes.

**Effects to PCE:** This work will replace but not remove barriers.

(3) An abundant food base, including terrestrial organisms of riparian origin, aquatic macroinvertebrates, and forage fish.

**Existing Conditions:** There is some riparian input as well as aquatic invertebrates. There are likely no forage fish at this location.

**Effects to PCE:** The project should have little effect on food source input, if any.

(4) Complex river, stream, lake, reservoir, and marine shoreline aquatic environments and processes with features such as large wood, side channels, pools, undercut banks and substrates, to provide a variety of depths, gradients, velocities, and structure.

**Existing Conditions:** The Skagit Delta is a highly braided area with tidal influence in an alluvial fan. The man-made Wiley Slough is an impounded waterway that lacks tidal influence.

**Effects to PCE:** Complexity is unlikely to change. Because Wiley Slough doesn't have a history of anadromous fish, this impact will be minimal to salmonids. The Freshwater Slough side will have high water output at times, but this will be an area that is of low value to salmonids, lacking spawning gravels and being tidally influenced.

(5) Water temperatures ranging from 2 to 15 °C (36 to 59 °F), with adequate thermal refugia available for temperatures at the upper end of this range. Specific temperatures within this range will vary depending on bull trout life-history stage and form; geography; elevation; diurnal and seasonal variation; shade, such as that provided by riparian habitat; and local groundwater influence.

**Existing Conditions:** Water temperatures in Puget Sound remain within the constraints listed above. The cool waters are ideal habitat for bull trout. Some areas of Puget Sound become warmer, while others remain cool. The bathymetry of the Sound and constant current movement allow temperatures to remain low year-round. With this water influencing the Skagit River system, which is a snowmelt river, temperatures generally remain low. There is some shade within Freshwater Slough, as well as areas that are deeper.

**Effects to PCE:** The project is not expected to have an effect on the water temperatures of Puget Sound or the Skagit River Delta. The Wiley Slough area is not expected to change in temperature either.

(6) Substrates of sufficient amount, size, and composition to ensure success of egg and embryo overwinter survival, fry emergence, and young-of-the-year and juvenile survival. A minimal amount (e.g., less than 12 percent) of fine substrate less than 0.85 mm (0.03 in.) in diameter

FER-28

NOAASkagitAR0000555

12

and minimal embeddedness of these fines in larger substrates are characteristic of these conditions.

**Existing Conditions:** This area is not suitable for spawning. The substrate is not of adequate size and this area is an alluvial fan and estuary.

**Effects to PCE:** The project will not affect the spawning ability.

(7) A natural hydrograph, including peak, high, low, and base flows within historic and seasonal ranges or, if flows are controlled, they minimize departures from a natural hydrograph.

**Existing Conditions:** Wiley Slough is highly impacted. Freshwater Slough is allowed to run as it chooses. The dam system along the Skagit River influences flows, but these are at the upstream reaches of the river and try to allow for as natural of a flow regime as possible.

**Effects to PCE:** The purpose of the project is to regulate the water within Wiley Slough. Because Wiley Slough is blocked off by a tide gate, it has little opportunity to regulate itself and occasionally floods agricultural fields due to high flows.

(8) Sufficient water quality and quantity such that normal reproduction, growth, and survival are not inhibited.

**Existing Conditions:** The water quality in this area is supporting salmonid growth.

**Effects to PCE:** No effect is expected from the completed project.

(9) Few or no nonnative predatory (e.g., lake trout, walleye, northern pike, smallmouth bass; inbreeding (e.g., brook trout); or competitive (e.g., brown trout) species present.

**Existing Conditions:** There are few non-native predatory species, inbreeding is rare, and competitive species are minimal.

**Effects to PCE:** The project will not have any effects on non-native predation or competitive species for bull trout.

**Select all critical habitat ESUs in the action area:**

| | |
|---|---|
| **Puget Sound Chinook** | Ozette Lake sockeye |
| Lower Columbia River (LCR) Chinook | SR sockeye |
| Upper Willamette River (UWR) Chinook | UCR steelhead |
| Upper Columbia River (UCR) spring Chinook | Mid Columbia River (MCR) steelhead |
| Snake River (SR) fall Chinook | LCR steelhead |
| SR spring-summer Chinook | UWR steelhead |
| Hood Canal summer chum | SR steelhead |
| Columbia River chum | |

The primary constituent elements determined essential to the conservation of Pacific salmon and steelhead are:

(1) Freshwater spawning sites with water quantity and quality conditions and substrate supporting spawning, incubation, and larval development.

**Existing Conditions:** This area is not ideal for spawning. The freshwater environments here lack proper substrate due to the nature of the estuary and the alluvial fan.

**Effects to PCE:** None. This area will remain the same for spawning.

(2) Freshwater rearing sites with water quantity and floodplain connectivity to form and maintain physical habitat conditions and support juvenile growth and mobility; water quality and forage supporting juvenile development; and natural cover such as shade, submerged and

FER-29

NOAASkagitAR0000556

13

overhanging large wood, log jams and beaver dams, aquatic vegetation, large rocks and boulders, side channels, and undercut banks.

**Existing Conditions:** This estuarine area is a known area for juvenile acclimation to salt water. The heavily braided areas allow fish to distribute themselves in a way that keeps them cool, covered, and mobile. Wiley Slough is believed to be blocked from fish input.

**Effects to PCE:** Installation of the new tide gate may allow for more fish passage than previously possible. The rearing areas will not be altered.

(3) Freshwater migration corridors free of obstruction with water quantity and quality conditions and natural cover such as submerged and overhanging large wood, aquatic vegetation, large rocks and boulders, side channels, and undercut banks supporting juvenile and adult mobility and survival.

**Existing Conditions:** Much of the estuary is unobstructed. The braided system generally provides ideal cover, temperatures, and water quality to support juvenile growth and development.

**Effects to PCE:** The in-water impact is very small. There is no expected change in migration corridors with the proposed work. Near the dike where the work takes place, there is little cover and complexity.

(4) Estuarine areas free of obstruction with water quality, water quantity and salinity conditions supporting juvenile and adult physiological transitions between fresh-and saltwater; natural cover such as submerged and overhanging large wood, aquatic vegetation, large rocks and boulders, and side channels, and juvenile and adult forage, including aquatic invertebrates and fishes, supporting growth and maturation.

**Existing Conditions:** While the estuarine environment in the Skagit Delta is present, many aspects are lacking such as cover and woody input. Because of the diking of the river system, many areas have been cut off from tidal influence and are less productive than in their native states.

**Effects to PCE:** The project will not have any impacts on juvenile habitat or the estuary that will negatively affect the growth and development of salmonids.

(5) Nearshore marine areas free of obstruction with water quality and quantity conditions and forage, including aquatic invertebrates and fishes, supporting growth and maturation; and natural cover such as submerged and overhanging large wood, aquatic vegetation, large rocks and boulders, and side channels.

**Existing Conditions:** The nearshore environment is a narrow passage between land formations. It is complex and contains important habitat features like those listed.

**Effects to PCE:** There will be no effect on this area from the project activities.

(6) Offshore marine areas with water quality conditions and forage, including aquatic invertebrates and fishes, supporting growth and maturation.

**Existing Conditions:** Puget Sound offers ideal growth and maturation of juvenile salmonids due to its cool waters and plentiful food sources. There is diversity which supports many fish species and of varying ages and necessities.

**Effects to PCE:** The project will not affect marine areas.

**Determination of Effect:** If critical habitat for the ESU does not occur in the action area, no determination of effect is required for that ESU.

Puget Sound Chinook: **NOT LIKELY TO ADVERSELY AFFECT**

**Conservation Measures:** Conservation measures are listed in Section 8.

NOAASkagitAR0000557

14

H. Describe use of the action area by other listed fish species (*green sturgeon, eulachon, bocaccio, canary rockfish and yelloweye rockfish).*
The rivers and estuary may be utilized by other species, but Wiley Slough is isolated from these areas. The work will be done in an isolated area within cofferdams, thus eliminating any interference with possible species.

I. Is the project located within designated/proposed critical habitat for any of the species listed below? If so please address the proposed projects' potential direct and indirect effect to primary constituent elements. Please see the NOAA-Fisheries and US Fish and Wildlife websites (www.nwr.noaa.gov and www.fws.gov/pacific respectively) for further information.
*Southern resident killer whale* **- NO** *Marbled murrelet* - **NO**
*Northern spotted owl* - **NO**             *Western snowy plover* - **NO**
*Green sturgeon* - **NO**             *Eulachon* - **NO**

J. Describe use of action area by marbled murrelets. How far to the nearest marbled murrelet nest site or critical habitat? Some information is available on the Fish and Wildlife Service website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=B08C.
The closest observed marbled murrelet is approximately 5.5 miles from the site[6]. While critical habitat is designated for the marbled murrelet, none exists within the Action Area.

K. Describe use of action area by the spotted. How far to the nearest spotted nest site or critical habitat? Some information is available on the Fish and Wildlife Service website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=B08B.
The closest Northern spotted owl population that has been observed is over 12 miles from the site[7]. While there is critical habitat designated for the owl, it does not exist within the Action Area.

L. **For marine areas only:** Describe use of action area by Southern Resident killer whales. How often have they been seen in the area and during what months of the year? For information on noise impacts on killer whales and other marine mammals, please see the National Marine Fisheries website: http://www.nwr.noaa.gov/Marine-Mammals/MM-consults.cfm.
The waterways between the San Juan Islands are utilized by resident killer whales. They do not come into the Skagit Delta, where waters are shallow and there is concentrated freshwater input. The area near the Skagit Delta is a small and confined oceanic pathway and the passage into larger and deeper waters remain confined with heavy currents. Orcas are rarely seen in this area.

M. **For marine areas and Columbia River:** How far is the nearest steller sea lion haulout site from the action area? Describe their use of the action area. See the National Marine Fisheries website: http://www.nwr.noaa.gov/Marine-Mammals/MM-consults.cfm for information on the steller sea lion and location of their haulout sites.
The nearest Steller haul-out is 42 miles from the site, in the Strait of Juan de Fuca on the other side of Whidbey Island[8]. Harbor seal haul-outs are present within 2 miles of the site

---

[6] WDFW Priority Habitat and Species. 2012.
[7] WDFW PHS. 2012.

FER-31

NOAASkagitAR0000558

15

and may also be used by sea lions. Sea lions will not be present within the work area are unlikely to be present within the Action Area. There are no documented occurrences of sea lions in the waters between Whidbey Island and the mainland on the PHS system.

N. **For marine areas only:  Forage Fish Habitat** – only complete this section if the project is in tidal waters.

Check box if Washington Department of Fish and Wildlife (WDFW) documented habitat is present. Go to the WDFW website for this information: http://wdfw.wa.gov/fish/forage/forage.htm, then search for each species under the link to Biology, then the link to Documented Spawning Grounds (if available, please attach a copy of the Hydraulic Project Approval from WDFW):

**Surf Smelt:** ☐          **Pacific Herring:** ☐          **Sand Lance:** ☐

Check box if the proposed action will occur in potentially suitable forage fish spawning habitat:

**Surf Smelt:** ☐          **Pacific Herring:** ☐          **Sand Lance:** ☐

If no boxes are checked, please explain why site is not suitable as forage fish spawning habitat.

In correspondence with Phil Dionne (WDFW)[9], forage fish are not likely to spawn in this area. They do not have access to Wiley Slough and the Freshwater Slough side of the project does not have the proper substrate ideal for spawning. There is also a great deal of freshwater input in this area. There are no potential spawning areas near the project[10].

Please describe the type of substrate and elevation and presence of aquatic vegetation at the project area.  For example:
At +10 to +5 feet above MLLW, there is no aquatic vegetation, the substrate consists of large cobbles. At +5 to +1 foot above MLLW, there is eelgrass and the substrate consists of fine sand.

The substrate on the Freshwater Slough side is fine sands and silts. Aquatic vegetation exists below MHHW. This area has only been open to tidal influence for a few years. Additional aquatic vegetation may grow over time.

**10**. **Effects Analysis**
*Describe the direct and indirect effects of the action on the proposed and listed species as well as designated and proposed critical habitat within the action area.  Consider the impact to both individuals and the population. Discuss the short-term, construction-related, impacts as well as the long-term and permanent effects.*

*Direct Impacts:*
   **Short-Term Effects:** Setting and removal of the cofferdams may cause a slight increase in sediment mobility. To minimize impact, the cofferdams are to be installed during low tides. There will be increased exhaust from construction equipment that will last the duration of construction, as well as noise and vibration increases during this time. Noise and vibrations are likely to impact any species present within an impact zone of air, as discussed above, but since no in-water work is anticipated, it is unlikely that species will be affected in the water from noise. The aquatic substrate will be altered on both sides of the dike and tide gates.

---

[8] WDFW PHS. 2012.
[9] Dionne, P. 04/12/13. Personal Comm. WDFW.
[10] WDFW Marine Beach Spawning Website. Accessed 04/17/15.

NOAASkagitAR0000559

16

**Other Effects:** Working tide gates will allow the system to function as it was intended at the end of the restoration project. The hydrology will be altered from the current state, but returned to that which was originally designed. This will allow for better drainage from Wiley Slough and better interaction between the freshwater and estuary systems.

*Indirect Impacts:*
It is possible that the estuarine side of the project may change due to the installation of the new tide gates. Different vegetation may grow in these areas than current plants.

**11. Conservation measures:**
*Conservation measures are measures that would reduce or eliminate adverse impacts of the proposed activity (examples: work done during the recommended work window (to avoid times when species are most likely to be in the area), silt curtain, erosion control best management practices, percent grating on a pier to reduce shading impacts).*

**Proposed work window:** The proposed work window for in-water work will be July 15-February 15. This is the work window proposed by the WDFW for this Puget Sound work. The work area will be isolated to ensure the least amount of impact to fish and the estuary as possible. The project will be constructed in a timely manner and will obey all permit requirements.

**Other conservation measures:** Conservation measures will be taken during construction to minimize impacts to habitat, fish species, and other aquatic and terrestrial species. Measures include:
1. Construction activities occurring in water will be performed in a manner that minimizes impacts to the aquatic environment. Equipment used for this project shall be free of external petroleum-based products while working around state waters. Accumulation of soils or debris shall be removed from the drive mechanisms (wheels, tires, tracks, etc.) and undercarriage of equipment prior to its working near water. Equipment shall be checked daily for leaks and any necessary repairs shall be completed prior to commencing work activities in or around state waters. Fueling of equipment shall not take place near surface waters.
2. Equipment operation in or above any waters will be minimized to only what is absolutely necessary to accomplish project objectives. Machinery operations will occur with equipment tracks out of surface waters.
3. Best management practices (BMPs) will be implemented in upland areas during construction to prevent sediment delivery to waterways. Implementing erosion control and water quality BMPs will act to minimize sedimentation, control erosion and protect water quality within riparian areas during storm events. Silt curtains and straw bales may be used to accomplish this by slowing runoff and removing suspended sediments.
4. Construction area isolation will be installed according to site drawings. This will allow work to be done without impact to the water quality.
5. Fish will be removed from the work area before it is dewatered. An electroshocker may be used by qualified personnel to remove the fish and they will be immediately transported to waters outside the work area.
6. Soil stabilization will be completed at the end of the project.

FER-33

NOAASkagitAR0000560

17

## 12. Determination of Effect:

*Provide a summary of impacts concluding with statement(s) of effect, by species. Even projects that are intended to benefit the species might have short-term adverse impacts and those must be addressed. Only the following determinations are valid for listed species or designated critical habitat:*

*No effect.* Literally no effect. No probability of any effect. The action is determined to have 'no effect' if there are no proposed or listed salmon and no proposed or designated critical habitat in the action area or downstream from it. This effects determination is the responsibility of the action agency to make and does not require NMFS review.

*May Affect, Not Likely to Adversely Affect* (NLAA) – Insignificant, discountable, or beneficial effects. The effect level is determined to be 'may affect, not likely to adversely affect' if the proposed action does not have the potential to hinder attainment of relevant properly functioning indicators and has a negligible (extremely low) probability of taking proposed or listed salmon or resulting in the destruction or adverse modification of their habitat. An insignificant effect relates to the size of the impact and should never reach the scale where take occurs. A 'discountable effect' is defined as being so extremely unlikely to occur that a reasonable person cannot detect, measure, or evaluate it. This level of effect requires informal consultation, which consists of NMFS and/or USFWS concurrence with the action agency's determination.

*May Affect, Likely to Adversely Affect* (LAA) **This form is not appropriate for use with a project that is LAA listed species. Please see the Biological Assessment (BA) template on the Corps website: http://www.nws.usace.army.mil/PublicMenu/Menu.cfm?sitename=REG&pagename=mainpage_ESA**

| Common Name | Scientific Name | Effect | Federal Listing Status | Critical Habitat | Habitat Determina-tion |
|---|---|---|---|---|---|
| Northern Spotted Owl | *Strix occidentalis* | NLAA | Threatened | None Within Action Area | NE |
| Marbled Murrelet | *Brachyrhamphus Marmoratus* | NLAA | Threatened | None Within Action Area | NE |
| Bull Trout | *Salvelinus confluentus* | NLAA | Threatened | Puget Sound/ Skagit River | NLAA |
| Chinook Salmon | *Oncorhynchus tshawytscha* | NLAA | Threatened | Puget Sound/ Skagit River | NLAA |
| Steelhead Trout | *Oncorhynchus mykiss* | NLAA | Threatened | None Designated | N/A |
| Grizzly Bear | *Ursus arctos horribilis* | NE | Threatened | None Designated | N/A |
| Canada Lynx | *Lynx canadensis* | NE | Threatened | Outside Action Area | NE |
| Oregon Spotted Frog | *Rana pretiosa* | NE | Candidate | None Designated | N/A |
| North American Wolverine | *Gulo gulo luscus* | NE | Candidate | None Designated | N/A |
| Whitebark Pine | *Pinus albicaulis* | NE | Candidate | None Designated | N/A |
| Brown Pelican | *Pelecanus occidentalis* | NE | Recovery | None Designated | N/A |

**Northern Spotted Owl (*Strix occidentalis caurina*) – Threatened:** The proposed actions with listed conservation measures *may affect, but will not likely adversely affect* the northern spotted owl. The closest Northern spotted owl population that has been observed is

FER-34

NOAASkagitAR0000561

18

over 12 miles from the site. While there is critical habitat designated for the owl, it does not exist within the Action Area so there will be *no effect* on designated critical habitat. Northern spotted owls are not expected to be within the Action Area during construction activities.

**Marbled Murrelet (*Brachyramphus marmoratus*) – Threatened:** The proposed actions with listed conservation measures *may affect, but will not likely adversely affect* the marbled murrelet. The closest observed marbled murrelet is approximately 5.5 miles from the site. While critical habitat is designated for the marbled murrelet, none exists within the Action Area so there will be *no effect* on designated critical habitat. Marbled murrelets are not expected to be in the Action Area during construction activities.

**Bull Trout (*Salvelinus confluentus*) – Threatened:** The proposed actions with listed conservation measures *may affect, but will not likely adversely affect* bull trout. Bull Trout may be present at times in Wiley Slough and waters adjacent to it. The Skagit River is designated as Critical Habitat for bull trout, as is the lower delta where the project is located. Bull trout may be found within the slough. Critical Habitat for bull trout *may be affected, but will not likely be adversely affected*.

**Chinook Salmon (*Oncorhynchus tshawytscha*) – Threatened:** The proposed actions with listed conservation measures *may affect, but will not likely adversely affect* Chinook salmon. Chinook salmon are listed in marine waters and the Skagit River. Critical habitat exists within Puget Sound and local rivers, including the Skagit. Chinook salmon are not present in Wiley Slough. They may be present in the Action Area on the Freshwater Slough side during construction activities.

**Steelhead Trout (*O. mykiss*) – Threatened:** The proposed actions with listed conservation measures *may affect, but will not likely adversely affect* steelhead trout. Steelhead trout are listed nearby and in marine waters, but are not present in Wiley Slough. There is not yet any designated Critical Habitat in this area; it is in process. They may be present in the Action Area during construction activities on the Freshwater Slough side.

**Grizzly Bear (*Ursus arctos horribilis*) – Threatened:** The proposed actions with listed conservation measures will have *no effect* on grizzlies. Grizzly bears are a high elevation species that will not be found within the Action Area. This area is right outside of an urbanized area and it would be very unusual to find grizzlies in lowland urbanized areas in Washington. Critical Habitat has been proposed, but has never been designated.

**Canada Lynx (*Lynx canadensis*) – Threatened:** The proposed actions with listed conservation measures will have *no effect* on lynx. Canada lynx are a high elevation species that will not be found within the Action Area. The Unit 4 Critical Habitat, while present in Skagit County, is found in the North Cascades and far from the delta at the outlet of the Skagit River.

**Oregon Spotted Frog (*Rana pretiosa*) – Candidate:** The proposed actions with listed conservation measures will have *no effect* on spotted frogs. Oregon spotted frogs have been surveyed in Skagit County. Relic populations have been found in recent years at various sites by the Forest Service, but none have been found near the project site or within close proximity to salt or brackish waters.

NOAASkagitAR0000562

19

**North American Wolverine (*Gulo gulo luscus*) – Candidate:** The proposed actions with listed conservation measures will have *no effect* on wolverines. Wolverines select areas that are cold and receive enough winter precipitation to maintain snow late into the warm season. Because spring snow cover is the best predictor of wolverine occurrence, it can be concluded that wolverines will not be present at the site or in the Action Area. This area is at low elevation and does not support snow into spring and summer.

**Whitebark Pine (*Pinus albicaulis*) – Candidate:** The proposed actions with listed conservation measures will have *no effect* on whitebark pines. The whitebark pine is known to occur in high elevation areas at alpine tree line. The primary threat to the species is from disease. This species will not be present within the Action Area. It is not at risk of harm from construction activities because no trees will be removed for the project.

**Brown Pelican (*Pelecanus occidentailis*) – Recovery:** The proposed actions with listed conservation measures will have *no effect* on brown pelicans. These birds primarily occur within close proximity to marine and estuarine waters. Populations are increasing, and as such, they are no longer listed. There is no critical habitat designated for this species. Pelicans may be at the project site and within the Action Area.

## 13. EFH Analysis

*Essential Fish Habitat (EFH) is broadly defined by the Act (now called the Magnuson-Stevens Act or the Sustainable Fisheries Act) to include "those waters and substrate necessary to fish for spawning, breeding, feeding, or growth to maturity". This language is interpreted or described in the 1997 Interim Final Rule [62 Fed. Reg. 66551, Section 600.10 Definitions] -- Waters include aquatic areas and their associated physical, chemical, and biological properties that are used by fish and may include historic areas if appropriate; substrate includes sediment, hard bottom, structures underlying the waters, and associated biological communities; necessary means the habitat required to support a sustainable fishery and the managed species' contribution to a healthy ecosystem; and "spawning, breeding, feeding, or growth to maturity" covers a species' full life cycle.*

*Additional guidance for EFH analyses can be found at the NOAA Fisheries web site under the Sustainable Fisheries Division.*
**All EFH data and guidelines were obtained from the Pacific Fishery Management Council webpage and documents associated with the management plans for salmon and groundfish[11].**

**A. Description of the Proposed Action** (may refer to BA project description)
This project will replace the 5 current tide gate pipes with two (2) 8-ft by 10-ft box culverts, which are 25 ft in length and will have side-hinge tide gates in the same location. The regulation of flows in Wiley Slough will still be regulated. In an earlier restoration of the Skagit Delta, tide gates were installed on Wiley Slough to regulate flows and curb flooding. The tide gates not only shifted, but the restoration efforts were challenged when a shoal developed off the delta, restricting flows. The new tide gate will allow for regulation of the slough and tidal waters and will be placed in the same location, impacting less area than the original. Equipment will access the site via the existing gravel topped dike.

**B. Addresses EFH for Appropriate Fisheries Management Plans** (FMP)
The Pacific Fisheries Management Council (PFMC) has designated EFH for the Pacific salmon fishery. The Pacific salmon management unit includes Chinook, coho, and pink

---

[11] Pacific Fishery Management Council website. Accessed 04/10/13.

NOAASkagitAR0000563

20

salmon (*O. gorbuscha*). The EFH designation for the Pacific salmon fishery is defined as "those waters and substrate necessary for salmon production needed to support a long-term sustainable salmon fishery and salmon contributions to a healthy ecosystem". Marine EFH for Pacific salmon extends from the near shore and tidal submerged environments to 60 kilometers (km) offshore of Washington, Oregon and California north of Point Conception.

**C. Effects of the Proposed Action**

i. Effects on EFH (groundfish, coastal pelagic, and salmon EFH should be discussed separately)
There are no coastal pelagic fish or groundfish within the Action Area. No adverse long-term impacts will occur to EFH for salmon within the Action Area. There is no work to be done in marine waters. The estuary will be affected with the installation of new tide gates. Less than 18,000 total square feet are expected to be disturbed through construction activities. The actions may affect, but are not likely to adversely affect EFH for salmon as these are previously disturbed areas.

ii. Effects on Managed Species (unless effects to an individual species are unique, it is not necessary to discuss adverse effects on a species-by species basis)
Effects on salmon are discussed in Section 12, above. The proposed actions may affect, but are not likely to adversely affect Chinook salmon.

iii. Effects on Associated Species, Including Prey Species
Because the area of impact is small and the surrounding area is not isolated, there is little chance of effect on any other species. Precautionary measures will be utilized to reduce impacts on other species including construction isolation.

iv. Cumulative Effects
While the estuary side will be altered, the footprint of work and impact is relatively small and previously impacted and will not alter any spawning or rearing habitat that is currently present.

**D. Proposed Conservation Measures**
Conservation measures outlined in Section 8 also apply to EFH. No additional conservation measures are proposed that would apply exclusively to EFH.

**E. Conclusions by EFH** (taking into account proposed conservation measures)
The proposed actions with the listed conservation measures may affect, but are not likely to adversely affect EFH for salmon and groundfish. Construction activities will disturb the area for a brief time only and the long term impacts, while present, represent a small footprint in the estuary.

**14. References:**
*Include any studies or papers that support statements made in this form (example:  reference the source for the listed species that are covered).*

CFR (Code of Federal Regulations). 2005. Joint Regulations (United States Fish and Wildlife Service, Department of the Interior and National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Department of Commerce); Endangered

NOAASkagitAR0000564

21

Species Committee Regulations. Part 402 – Interagency Cooperation – Endangered Species Act of 1973, as Amended. Title 50 CFR, Part 402.02. and Part 17

Dionne, P. April 12, 2013. Personal Communication. Forage Fish Specialist. Washington Department of Fish and Wildlife (WDFW). Olympia, WA.

National Marine Fisheries Service. 2005. Endangered and Threatened Wildlife Plants; Designation of Critical Habitat for the Bull Trout; Final Rule. Federal Register 70: 56212-56311.

National Marine Fisheries Service. 2015. Endangered and Threatened Marine and Anadromous Fish Website. http://www.nmfs.noaa.gov/pr/species/esa/fish.htm. Accessed 04/17/15.

Pacific Fishery Management Council (PFMC). 1999. Identification and description of Essential Fish Habitat, adverse impacts, and recommended conservation measures for salmon. In: Amendment 14 to the Pacific Coast Salmon Plan. Appendix A. Pacific Fishery Management Council, Portland, OR. Available: www.pcouncil.org/salmon/salfmp/a14.html

USDI. 2003. Biological Opinion and letter of concurrence for effects to bald eagles, marbled murrelets, northern spotted owls, bull trout, and designated critical habitat for marbled murrelets and northern spotted owls from Olympic National Forest program of activities for August 5, 2003, to December 31, 2008. USDI Fish and Wildlife Service, Lacey, WA.

U. S. Fish and Wildlife Service (USFWS). 2011. Review of Native Species That Are Candidates for Listing as Endangered or Threatened; Annual Notice of Findings on Resubmitted Petitions; Annual Description of Progress on Listing Actions. Federal Register 76: 66370-66439.

U. S. Fish and Wildlife Service (USFWS). 2012. Review of Native Species That Are Candidates for Listing as Endangered or Threatened; Annual Notice of Findings on Resubmitted Petitions; Annual Description of Progress on Listing Actions. Federal Register 77: 69993-70060.

U. S. Fish and Wildlife Service (USFWS). 2009. Removal of the Brown Pelican (Pelecanus occidentailis) From the Federal List of Endangered and Threatened Wildlife; Final Rule. Federal Register 74: 59444-59472.

U. S. Fish and Wildlife Service (USFWS). 1996. Final Designation of Critical Habitat for Marbled Murrelet. Federal Register 61: 26255-26320.

U. S. Fish and Wildlife Service (USFWS). 2008. Revised Designation of Critical Habitat for Northern Spotted Owl; Final Rule. Federal Register 73: 47325-47522.

Washington Department of Ecology (ECY) website. http://www.ecy.wa.gov/programs/wq/303d/currentassessmt.html. Accessed 04/17/15.

NOAASkagitAR0000565

22

Washington Department of Fish and Wildlife (WDFW). Marine Beach Spawning Fish Ecology website. http://wdfw.wa.gov/conservation/research/projects/marine_beach_spawning/. Accessed 04/17/15.

Washington Department of Fish and Wildlife (WDFW). 2012. Priority Habitats and Species Database. Washington Dept of Fish and Wildlife, Fish Program, Olympia, WA.

Washington Department of Fish and Wildlife (WDFW). 2013. SalmonScape Interactive Map. Washington Department of Fish and Wildlife, Fish Program, Olympia, WA.

FER-39

NOAASkagitAR0000566